**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**In re:**
Duke Park, Debtor.
Case No. 25-12285-abl
Chapter 7

---

**LEE SOO AHN, et al.,**
Plaintiffs,

v.

**DUKE PARK,**
Defendant.

Adversary Proceeding No. 25-01162-abl

---

# MOTION TO DISMISS ADVERSARY COMPLAINT

Defendant Duke Park, appearing pro se, respectfully moves this Court to dismiss the Complaint filed by Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012.

## I. INTRODUCTION

Plaintiffs filed this adversary proceeding four days prior to the entry of Defendant's Chapter 7 discharge on July 22, 2025. Plaintiffs' claims rely on vague allegations of fraud and misconduct concerning business disputes that were subject to prior state court litigation and bankruptcy proceedings. The claims fail to meet the pleading standards required for non-dischargeability under 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6), and further constitute an improper attempt to re-litigate matters already resolved or discharged.

## II. GROUNDS FOR DISMISSAL

### A. Failure to State a Claim (Rule 12(b)(6))

The Complaint fails to state any claim upon which relief can be granted. It contains conclusory allegations unsupported by specific facts. No elements of fraud, fiduciary defalcation, or willful and malicious injury are pleaded with the specificity required under Rule 9(b).

### B. Discharge Injunction (11 U.S.C. § 524(a))

All claims set forth relate to debts that were scheduled and included in Defendant's bankruptcy petition. The Bankruptcy Court issued a discharge on July 22, 2025 (Doc. 41), and all parties, including Plaintiffs, were served via the BNC Certificate of Notice (Doc. 42). Any attempt to revive such claims is a violation of the discharge injunction.

### C. Lack of Standing

Plaintiffs seek to assert interests allegedly tied to LLC entities or property that were part of the bankruptcy estate. Those claims, if valid at all, were the responsibility of the Chapter 7 trustee and not properly assertable now.

### D. Res Judicata and Finality of Discharge

The Chapter 7 Trustee filed a No Distribution Report (Doc. 39), and the case was closed with finality. This adversary complaint attempts to undermine the binding effect of the discharge and the completed administration of the estate.

### E. Mischaracterization of Discharged Claims as Non-Dischargeable

While Plaintiffs style their claims under 11 U.S.C. § 523(a), the substance of the Complaint reasserts general civil claims previously litigated or stayed in state court and fully discharged in the bankruptcy case. Plaintiffs do not identify any discrete debt or obligation that survived the discharge. Instead, the Complaint impermissibly seeks to reopen discharged matters under the guise of fraud or fiduciary defalcation. This constitutes a de facto violation of the discharge injunction under § 524(a).

## III. CONCLUSION

For the reasons stated above, the Complaint fails as a matter of law and should be dismissed with prejudice.

WHEREFORE, Defendant Duke Park respectfully requests that this Court:

1. Dismiss the Adversary Complaint with prejudice;
2. Award such other and further relief as the Court deems just and proper.

Dated: August 4, 2025

Respectfully submitted,

_____
Duke Park

Defendant, Pro Se

## CERTIFICATE OF SERVICE

*for Motion to Dismiss Adversary Complaint (Adversary No. 25-01162-abl)*

I, Duke Park, hereby certify that on August 5, 2025, I served the foregoing **MOTION TO DISMISS ADVERSARY COMPLAINT** on the following parties by placing a true and correct copy thereof in a sealed envelope, first-class mail, postage prepaid, addressed as follows:

Akke Levin, Esq.

Greenberg Traurig, LLP

10845 Griffith Peak Drive, Suite 600

Las Vegas, NV 89135


Kara B. Hendricks, Esq.

Greenberg Traurig, LLP

10845 Griffith Peak Drive, Suite 600

Las Vegas, NV 89135


Benjamin B. Childs, Esq.

318 S. Maryland Parkway

Las Vegas, NV 89101


U.S. Trustee – LV – 7

300 Las Vegas Blvd S., Suite 4300

Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 4, 2025

Henderson, Nevada

_____
Duke Park

Pro Se