# United States Bankruptcy Court

# District of Nevada

In re: Duke Park,

**Case No. BK− 25-12285-abl**

Debtor

**Chapter 7**

Lee Soo Ahn, Bok Hyun Eym,

**Adversary No. 25-01162-abl**

ALS Property Holdings, LLC,

EBH Management Co., LLC,

Sea Fox Management, LLC,

Plaintiff(s),

v.

Duke Park,

Debtor & Defendant – Pro Se

**NOTICE OF ERRATA TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (Doc. 10)**

Defendant Duke Park, pro se, respectfully submits this Notice of Errata regarding Defendant's "Reply to Plaintiffs' Opposition to Motion to Dismiss" (Doc. 10), to correct and clarify the record as follows:

1. **Rule 4007(c) Deadline.**

Any language in Doc. 10 that may suggest Plaintiffs filed their adversary complaint outside the

Rule 4007(c) deadline is withdrawn. Defendant clarifies that the first date set for the §341

meeting of creditors was May 21, 2025, making July 20–21, 2025 the 60-day deadline. Plaintiffs

filed their complaint on July 18, 2025, nominally within that window. However, the Trustee had

already filed the Report of No Distribution on July 17, 2025, placing the case in its final

administrative posture. No extension was sought or obtained. Accordingly, the discharge under

§727(b) controls, rendering Plaintiffs' complaint procedurally unnecessary and legally

unsustainable.

## 2. **Plaintiffs' Arguments (Doc. 9)**

To the extent that Doc. 10 presented portions of Plaintiffs' arguments (regarding the effect of the

NDR and the Lis Pendens order) as direct quotations, Defendant clarifies that those passages

were intended as paraphrased summaries. Plaintiffs contend, in essence, that (a) the NDR merely

reflects the absence of distributable assets and does not restrict creditor rights, and (b) the state

court's denial of a motion to expunge Lis Pendens should be given effect in this Court.

Defendant maintains that neither contention has legal merit.

### **Pinpoint Citations Withdrawn**

To avoid any possible confusion, all pinpoint page citations to Doc. 9 in Doc. 10 (e.g.,

"Doc. 9, p.4," "pp. 5–6," "p.8," "p.10") are withdrawn. References to Doc. 9 are intended

only as general citations ("see Doc. 9") and paraphrased summaries, not verbatim quotations.

## 3. **Lis Pendens Order.**

For clarity, the state court's denial of a motion to expunge Lis Pendens did not adjudicate

ownership. It only reflected that the movant failed to meet the standard for expungement at that

stage, and therefore carries no preclusive effect on ownership or discharge issues before this

Court.

No other changes are made. This Errata is submitted solely to ensure that the Court and parties have an accurate record of Defendant's positions.


CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I caused the foregoing document to be filed with the United States Bankruptcy Court for the District of Nevada. The Court's CM/ECF system will send notice of this filing to all counsel of record who are registered to receive electronic notice, including counsel for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025, at Las Vegas, Nevada.

Respectfully submitted,


_____

Duke Park, Debtor – Pro Se

1392 Via Merano St, Henderson NV 89052

408-318-3700

dukepark@me.com