NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−12285−abl |
| DUKE PARK , | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 25−01162−abl |
| LEE SOO AHN, et al, | |
| Plaintiff(s) | NOTICE OF HEARING |
| v. | Hearing Date: 1/27/26 |
| | Hearing Time: 10:00 AM |
| DUKE PARK, et al, | |
| Defendant(s) | |

**NOTICE IS GIVEN** that a Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 1/27/26 |
| Hearing Time: | 10:00 AM |
| Hearing Phone Number: | (833) 435−1820 |
| Hearing Meeting ID: | 161 110 6049 |
| Hearing Passcode: | 154251 |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

   *7* − Motion to Dismiss Adversary Proceeding with Certificate of Service Filed by DUKE PARK (jow)

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 11/25/25

*Dan Owens*

Dan Owens
Clerk of Court