United States Bankruptcy Court
District of Nevada

AHN,
    Plaintiff

Adv. Proc. No. 25-01162-abl

PARK,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 2
Date Rcvd: Nov 25, 2025      Form ID: nstap713      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | ALS PROPERTY HOLDINGS, LLC, C/O GREENBERG, TRAURIG, LLP, 10845 GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135-1557 |
| intp | + | BENJAMIN B. CHILDS, LTD, 318 South Maryland Parkway, Las Vegas, Ne 89101-5321 |
| pla | + | BOK HYUN EYM, C/O GREENBERG, TRAURIG LLP, 10845 GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135-1557 |
| dft | + | DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |
| pla | + | EBH MANAGEMENT CO., LLC, C/O GREENBERG, TRAURIG, LLP, 10845 GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135-1557 |
| pla | + | LEE SOO AHN, GREENBERG TRAURIG, LLP, C/O KARA B. HANDRICKS, ESQ., C/O AKKE LEVIN, ESQ., 10845 GRIFFITH PEAK DRIVE, SUITE 600 LAS VEGAS, NV 89135-1557 |
| pla | + | SEA FOX MANAGEMENT, LLC, C/O GREENBERG, TRAURIG LLP, 10845 GRIFFITH PEAK DRIVE, SUITE 600, LAS VEGAS, NV 89135-1557 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 26 2025 00:54:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Nov 26 2025 00:53:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Nov 26 2025 00:53:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 26 2025 00:54:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Nov 26 2025 00:53:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 26 2025 00:54:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 26 2025 00:54:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 25, 2025 | Form ID: nstap713 | Total Noticed: 14 |

ust                    LINDA EKSTROM STANLEY, NA, NA 0

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AKKE LEVIN | on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff ALS PROPERTY HOLDINGS  LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff SEA FOX MANAGEMENT  LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff EBH MANAGEMENT CO.  LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Interested Party BENJAMIN B. CHILDS  LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| KARA B. HENDRICKS | on behalf of Plaintiff SEA FOX MANAGEMENT  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff EBH MANAGEMENT CO.  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff ALS PROPERTY HOLDINGS  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |

TOTAL: 11

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>DUKE PARK ,<br>　　　　　　　Debtor(s) | BK−25−12285−abl<br>CHAPTER 7<br><br>Adversary Proceeding: 25−01162−abl |
| LEE SOO AHN, et al,<br>　　　　　　　Plaintiff(s)<br>v.<br>DUKE PARK, et al,<br>　　　　　　　Defendant(s) | NOTICE OF HEARING<br><br>Hearing Date:　1/27/26<br>Hearing Time:　10:00 AM |

**NOTICE IS GIVEN** that a Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

　　　Hearing Date:　　　　　　1/27/26
　　　Hearing Time:　　　　　　10:00 AM
　　　Hearing Phone Number:　　(833) 435−1820
　　　Hearing Meeting ID:　　　161 110 6049
　　　Hearing Passcode:　　　　154251

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

　　　7 − Motion to Dismiss Adversary Proceeding with Certificate of Service Filed by DUKE PARK (jow)

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 11/25/25

　　　　　　　　　　　　　　　　　　　　　　　　　*Dan Owens*
　　　　　　　　　　　　　　　　　　　　　　　　Dan Owens
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court