KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:       hendricksk@gtlaw.com
             akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn,*
*Bok Hyn Eum, ALS Property Holdings, LLC,*
*EBH Management Co., LLC, and*
*Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. 25-12285-abl |
| **DUKE PARK**, | CHAPTER 7 |
| Debtor(s). | |
| Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC, | Adversary No. 25-01162-abl |
| Plaintiffs, | |
| v. | |
| Duke Park, | |
| Defendant. | |

**STANDARD DISCOVERY PLAN, OR**
**REQUEST FOR WAIVER OF FILING DISCOVERY PLAN**

/ / /

/ / /

1

1. **DISCOVERY PLAN**

☐ **Request for waiver of requirement to prepare and file a formal discovery plan.**

The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

**A discovery plan is needed or useful in this case.** Check one:

☐ The parties agree to the standard discovery plan. The first defendant answered or otherwise appeared on _____. Discovery shall be completed within _____ days, measured from the date the first defendant answered or otherwise appeared.

Discovery will close by _____

☐ The parties jointly propose to the court the attached discovery plan and scheduling order.

☒ The parties cannot agree on a discovery plan and scheduling order. The attached sets forth the parties' disagreements and reasons for each party's position. ***See* attached Exhibit A (Plaintiffs' proposed discovery plan and scheduling order)**.

**COMPLETE PARTS 2 - 6.**

2. **NATURE OF THE CASE.** Brief description of the nature of the case, i.e., dischargeability, denial of discharge, turnover, contract, etc. This is a case to determine the non-dischargeability of Duke Park's debts under 11 U.S.C.§§ 523(a)(2)(A), (a)(4), and (a)(6).

3. **JURY TRIALS:** Check one:

☒ A demand for a jury trial has not been made

☐ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

☐ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial pursuant to 28 U.S.C. § 157(e).

An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before ___ **N/A**.

An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before ____ **N/A**.

**4.     ADDITIONAL PLEADINGS.** Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

☐     Yes

☒     Not unless the Court grants Park's Motion to Dismiss with leave to amend

**5.     SETTLEMENT CONFERENCE**

☐     A settlement conference is requested.

If checked, a settlement conference is requested no earlier than _____ _____

☒     Settlement cannot be evaluated prior to additional discovery. The parties may later request a settlement conference.

**6.     TRIAL**

The case should be ready for trial by September 1, 2026, and should take 3-4 day(s).

**7.**     Plaintiffs ☒ do consent / ☐ do not consent to this court entering final judgment.

DATED this 17th day of December 2025.

**GREENBERG TRAURIG, LLP**

By: *Refused to sign*
DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada 89107
***Defendant***

By: */s/ Akke Levin*
KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
***Counsel for Plaintiffs Lee Soo Ahn, Bok Hyn Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

# CERTIFICATE OF SERVICE

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135. On **December 17, 2025**, I served the within document(s):

### STANDARD DISCOVERY PLAN OR WAIVER OF FILING DISCOVERY PLAN

☒ **(ELECTRONIC SERVICE)** Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail on **December 17, 2025**, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the Court's attached creditor's matrix with additions and edits, at their last known mailing addresses, on the date above written.

| **DEBTOR/DEFENDANT:** | **TRUSTEE**: |
|---|---|
| DUKE PARK | ROBERT E. ATKINSON |
| 304 S. Jones Boulevard, #198 | 376 E. Warm Springs Road |
| Las Vegas, Nevada 89107 | Suite 130 |
| Telephone: (408) 318-3700 | Las Vegas, Nevada 89119 |
| Email: dukepark@me.com | Telephone: (702) 617-3200 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on December 17, 2025**, at Las Vegas, Nevada.

                                          */s/ Evelyn Escobar-Gaddi*
                                          An employee of GREENBERG TRAURIG, LLP

| INDEX OF EXHIBITS ||
|---|---|
| **Exhibit** | **Description** |
| A | Proposed Discovery Plan and Scheduling Order |