KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:        hendricksk@gtlaw.com
                 akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**DUKE PARK**,<br><br>Debtor(s). | CASE NO. 25-12285-abl<br>CHAPTER 7 |
| Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Park,<br><br>Defendant. | Adversary No. 25-01162-abl<br><br><br><br>Hearing Date:    August 11, 2026<br>Hearing Time:    1:30 p.m. |

### NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST DUKE PARK

**NOTICE IS HEREBY GIVEN** that, on June 24, 2026, Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC (collectively "Plaintiffs") filed their Motion for Summary Judgment on All Claims Against Duke Park by electronic filing with the United States Bankruptcy Court, District of Nevada.

1

**NOTICE IS FURTHER GIVEN** that any opposing memoranda to the Motion must be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission and Local Rule 7056(c):

> … "Unless the court orders otherwise, an opposing party has twenty-one (21) days after service of the moving party's points and authorities to file and serve a memorandum of points and authorities in opposition to the motion."

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* without formally calling the matter at the hearing.

Copies of the Motion may be obtained by written request to Greenberg Traurig, LLP at the address above or may be obtained directly from the Bankruptcy Court's website at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the United States Bankruptcy Court Clerk's Office at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, during the office hours of 9:00 a.m. to 4:00 p.m. weekdays.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

2

**NOTICE IS FURTHER GIVEN** that, pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing on the said Motion will be held before a United States Bankruptcy Judge, via teleconference on **August 11, 2026**, at the hour of **1:30 p.m. prevailing Pacific time**.  The toll-free conference line is (833) 435-1820, Meeting ID 161 110 6049, Passcode 154251#.

DATED:  June 24, 2026

GREENBERG TRAURIG, LLP

By:  _____/s/ Akke Levin_____

KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102

*Counsel for Plaintiffs*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773     Facsimile:  (702) 792-9002

3

**CERTIFICATE OF SERVICE**

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135.  On **June 24, 2026**, I served the foregoing document via electronic mail and U.S. Mail:

DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada 89107
dukepark@me.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on June 24, 2026**, at Las Vegas, Nevada.


*/s/ Andrea Flintz*
An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile:  (702) 792-9002

4