KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:        hendricksk@gtlaw.com
              akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**DUKE PARK**,<br><br>               Debtor(s). | CASE NO. 25-12285-abl<br>CHAPTER 7 |
| Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC,<br><br>               Plaintiffs,<br><br>     v.<br><br>Duke Park,<br><br>               Defendant. | Adversary No. 25-01162-abl<br><br><br><br>Hearing Date:     August 11, 2026<br>Hearing Time:     1:30 p.m. |

### PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST DUKE PARK

Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC (collectively "Plaintiffs") hereby file their statement of undisputed facts in support of their motion for summary judgment on all claims against Duke Park.

/ / /

1

**STATEMENT OF UNDISPUTED FACTS**

1.     Debtor Duke Park ("Park") is an individual born in Korea, who has lived continuously in the United States since 2004.  *See* Decl. of Akke Levin ("Levin Decl."), ¶ 5; **Exhibit 4** (Day 4 Tr. at 7–8).[1]  He has been a resident of Clark County, Nevada, since 2020. **Ex. 4** (Day 4 Tr. at 11:2-4).  Park has not been employed in Clark County since arriving here in 2020.  *Id*. (Day 4 Tr. at 11:13–15).  Until 2023, Park owned no real estate in Clark County. *Id*. (Day 4 Tr. at 11:16–23).

2.     Plaintiffs Lee Soo Ahn ("Ahn") and Bok Hyun Eum ("Eum") are citizens of Korea.  Levin Decl, ¶ 3; **Exhibit 2** (Day 2 Tr. at 41:24–25).  They have two adult children, Hong Jun Eom ("Hong") and Soyeon Eum ("Sunny") who live in Clark County, Nevada.  **Ex. 2** (Day 2 Tr. at 41:6–11); Levin Decl. ¶ 7; **Exhibit 6** (Day 6 Tr. at 17:24–25).

3.     Plaintiff ALS Property Holdings, LLC ("ALS") is a Nevada LLC that was created in 2012.  Levin Decl. ¶ 11; **Exhibit 10** (ALS Articles of Organization).  Ahn is ALS's sole owner and managing member.  **Ex. 10** (at ALS 002753); Levin Decl, ¶ 9; **Exhibit 8** (Findings of Fact and Conclusions of Law Granting Ahn and Eum's Motion for Preliminary Injunction and Denying Park's Motion for Preliminary Injunction ("FFCL")), ¶ 4.

4.     EBH Management Co., LLC ("EBH") is a Nevada LLC that was created in 2015. Levin Decl, ¶ 12; **Exhibit 11** (EBH Articles of Organization).  EBH's sole owner and managing member is Eum.  **Ex. 11** (at ALS 002761); **Ex. 8** (FFCL) ¶ 5.

5.     Sea Fox Management, LLC ("Sea Fox") is a Nevada LLC that was created in 2016.  Levin Decl, ¶ 13; **Exhibit 12** (Sea Fox Articles of Organization).  Sea Fox is co-owned by ALS and EBH.  **Ex. 12** (at ALS 2767); **Ex. 8** (FFCL) ¶ 6.

**A.     The Seven Properties that ALS and EBH Owned.**

6.     On April 1, 2023, ALS owned six residential properties:  782 Glistening Light Court ("Glistening Light"); 501 Short Crest Court ("Short Crest"); 10041 Oak Creek Canyon

---

[1] All citations to "Day __ Tr." refer to the transcript of the evidentiary hearing and the day of the hearing held in Case No. A-24-889923-B.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

("Oak Creek"); 297 Gingerbread Street ("Gingerbread"); 6255 W. Arby Ave, # 370 ("Arby"); and 5958 Banbury Heights ("Banbury"). Levin Decl. ¶ 14; **Exhibit 13** at 3 (Resp. to RFA Nos. 10 and 11); **Ex. 8** (FFCL) ¶ 9.

7. Until June 6, 2023, ALS owned Glistening Light and Banbury free and clear of mortgages. Levin Decl. ¶ 6; **Exhibit 5** (Day 5 Tr. at 12:10–13).

8. ALS and EBH also co-owned an apartment building ("Sea Fox Apartments"), which they purchased in 2016 for $2,100,000. Levin Decl. ¶ 15; **Exhibit 14; Ex. 8** (FFCL) ¶ 18.

9. The seven properties held by ALS and EBH had a collective resale value of more than $4,000,000 in 2024. **Ex. 13** (at 4:6–7).

**B.     The Management of the Entities.**

10. When Ms. Ahn and Mr. Eum were in Korea, they relied on Hong to manage ALS, EBH, and Sea Fox (collectively "the Entities"). Levin Decl. ¶ 2; **Exhibit 1** (Day 1 Tr. at 42:16–19). Hong would collect the rent from the properties and send the money to Korea and assess the need for repairs and pay maintenance expenses. **Ex. 1** (Day 1 Tr. at 43:24–44:4); Levin Decl. ¶ 8; **Exhibit 7** (Day 7 Tr. at 7:10–23). Hong would take care of paying the utilities and the taxes. **Ex. 1** (Day 1 Tr. at 44:14–18).

**C.     Park Befriends Sunny and Asks Her for Money.**

11. Park met Sunny on a golf course in June of 2022. Levin Decl. ¶ 7; **Exhibit 6** (Day 6 Tr. at 18:8–10).

12. Park told Sunny he had worked for Apple for 15 years and had purchased $100,000 worth of Apple stock when it was trading at just $0.45 or $0.47 per share. **Ex. 6** (Day 6 Tr. at 18:13–19:11). P ark further told Sunny he had a license regarding tax reporting and was a paralegal who could help her with tax and legal advice. **Ex. 6** (Day 6 Tr. at 19:12–20; *id*. at 21:15–21; *id*. at 25:20–21; *id*. at 27:11–14). Park also told Sunny that he was a businessman, dealing in oxygen water and planning a kimchi (cabbage) business. **Ex. 6** (Day 6 Tr. at 18:15– 23).

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773     Facsimile: (702) 792-9002

13.     Soon after meeting Sunny, he asked her to loan him money.  **Ex. 6** (Day 6 Tr. at 21:25–22:25).

**D.     Park Briefly Meets Ms. Ahn and Mr. Eum at the Gym.**

14.     In February 2023, Sunny introduced Park to Ahn and Eum at the Henderson Lifetime Gym.  Levin Decl. ¶ 4; **Exhibit 3** (Day 3 Tr. at 29:2–9).  This was the first time and only time they met in 2023.  **Ex. 3** (*Id.*).

15.     Ms. Ahn and Mr. Eum left for Korea in March 2023 and did not return to Clark County until January 2024.  **Ex. 2** (Day 2 Tr. at 17:11–17).

**E.     Park Inserts Himself into the Family's Affairs.**

16.     Park met Hong sometime in April 2023.  **Ex. 7** (Day 7 Tr. at 8:15-16).

17.     After meeting Sunny and Hong, Park expressed an interest in Ahn and Eum, the Entities, and their real estate and started offering financial advice, even though Park was not a financial advisor.  **Ex. 3** (Day 3 Tr. at 12:3-4); **Ex. 6** (Day 6 Tr. at 25:13–23); **Ex. 7** (Day 7 Tr. at 9:22–10:5).  For example, Park told Sunny what tax consequences a real estate sale in America would have for her parents.  **Ex. 3** (Day 3 Tr. at 75:7–76:9).  Park investigated the Entities and discovered overdue HOA and tax bills of which he made Hong aware.  **Ex. 7** (Day 7 Tr. at 13:10–13).

18.     Hong eventually accepted Park's offer to assist with managing the Entities.  **Ex. 7** (Day 7 Tr. at 14:18–15:1).

**F.     Park Purchases Gingerbread.**

19.     On April 25, 2023, Park offered to purchase Gingerbread from ALS for $500,000.  Levin Decl. ¶ 16; **Exhibit 15** (Lawyers Title of Nevada escrow documents ("Lawyers Title") at Bates numbers Lawyers Title 0001–0002 (Custodian of Records Declaration) and Lawyers Title ("LT") 00036.

20.     Park created a "gift letter" stating that ALS, as donor, gifted Park $150,000 in equity from Gingerbread to be applied to the purchase.  **Ex. 15** (at LT 00052).  But the "gift letter" was only signed by Park.  *Id.*; **Ex. 5** (Day 5 Tr. at 74:9–21).

/ / /

4

21.    This purported gift to Park (the "gift letter") reduced ALS's sale proceeds from the sale of Gingerbread by $150,000.

**G.    Park Gets Control Over and Begins Looting the Entities' Bank Accounts.**

22.    Park told Hong he needed access to the Entities' bank accounts to determine if there were other matters (such as HOA fees and taxes) that needed to be attended to.  **Ex. 7** (Day 7 Tr. at 15:18–16:9).  Hong gave Park online access to the Entities' bank account towards the end of April 2023.  **Ex. 7** (Day 7 Tr. at 15:18–24); Levin Decl. ¶ 6; **Exhibit 5** (Day 5 Hearing Tr. at 58:12–23).  Park soon changed the ID and password and changed it several times thereafter, which prevented or delayed Hong from accessing the bank accounts. **Ex. 7** (Day 7 Tr. at 26).

23.    In May of 2023, Park changed the address for ALS's Bank of America account from Glistening Light to Gingerbread, which Park purchased on April 25, 2023.  Levin Decl. ¶ 17; **Exhibit 16** (ALS Bank of America Account Statements) at ALS000079, ALS00089– ALS000114; **Ex. 5** (Day 5 Tr. at 68:10–12); **Ex. 15** (at Lawyers Title 00036).

24.    Park is the president and owner of Soom Kimchi.  **Ex. 13** at 4 (RFA No. 20). Park controls Soom Kimchi's bank account.  **Ex. 4** (Day 4 Tr. at 14:16-25); Levin Decl. ¶ 18; **Exhibit 17 (**Soom Kimchi's Bank of America Statements) at Bank of America-00072).

25.    On May 24, 2023, Park transferred $20,000 from ALS's bank account to his Soom Kimchi bank account.  **Ex. 16** (at ALS000082).  On May 31, 2023, Park transferred $25,000 out of ALS's bank account to his Soom Kimchi account.  *Id*.

26.    Shortly after transferring $45,000 out of ALS's bank account to his Soom Kimchi account, Park transferred more than $42,000 of it to his personal bank account.  Levin Decl. ¶ 19; **Exhibit 18** (Duke Park's personal Bank of America account ending in 779) at ALS0002882.

27.    In June 2023, Park also transferred $45,000 from ALS's bank account to his Soom Kimchi bank account.  **Ex. 16** (at ALS000074).

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

28. In total, Park transferred over $149,000 from ALS's bank account to his Soom Kimchi account between May and August 2023. Levin Decl. ¶ 24; **Exhibit 23 (**Jan 16, 2026, Prove Up Hearing Tr. at 24:8–10).

29. In August 2023, Park opened new bank accounts for the Entities with Nevada State Bank. *See* Levin Decl. ¶ 20; **Exhibit 19** (bank statements for ALS's Nevada State Bank account ending in 1606); Levin Decl. ¶ 21; **Exhibit 20 (**bank statements for Sea Fox's Nevada State Bank account ending in 0566)**.** Park gave Hong no access to these accounts. **Ex. 7** (Day 7 Tr. at 26–27).

30. In addition, Park transferred over $80,000 from ALS's bank account to his personal account between April 2023 and March 2024. **Ex. 23** (Jan 16, 2026, Prove Up Hearing Tr. at 24:2–4).

31. None of these money transfers was authorized by Plaintiffs. None served any business purpose or benefitted ALS. There was no business relationship between ALS and Soom Kimchi.

**H. Park Creates Fake Meeting Minutes to Take Control Over the Entities.**

32. Park created two documents entitled "Minutes of Meeting" dated May 23, 2023, and one document entitled "Minutes of Meeting" dated June 20, 2023 (collectively "Meeting Minutes"). Levin Decl. ¶ 22; **Exhibit 21.**

33. The Meeting Minutes falsely state that Ms. Ahn and Mr. Eum met with Park on May 23, 2023, and on June 20, 2023, to transfer 100% of their membership interests in the Entities to Park, that Park paid good and valuable consideration, and that Park purchased the Entities. **Ex. 21**; **Ex. 13**; **Ex. 8** (FFCL) ¶¶ 29, 30, 59–68.

34. Park never met with Ms. Ahn and Mr. Eum on those days. **Ex. 13** (at 2:3–14). Ms. Ahn and Mr. Eum were in Korea and had been there since late March 2023. **Ex. 8** (FFCL) ¶¶ 29, 30, 64.

35. Ms. Ahn and Mr. Eum did not agree to sell or transfer their ownership interests to Park, and Park paid no consideration. **Ex. 8** (FFCL) ¶¶ 59–78.

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773   Facsimile: (702) 792-9002

6

**I.     Park Uses ALS Loans and Sale Proceeds to Buy Real Estate for Himself.**

36.     Park used the money in ALS's bank account and the Entities' real properties to purchase three high-priced homes in his own name: (a) 1392 Via Merano, Henderson, NV 89052 ("Via Merano"), which he purchased for $1,150,000.00; (b) 33 Stonemark Drive, Henderson, NV 89052 ("Stonemark"), which he purchased for $1,2500,000.00; and (c) 9858 Sunriver Meadows Avenue, Las Vegas, NV 89148 ("Sunriver Meadows") for $530,000. **Ex. 8** (FFCL) ¶¶ 78, 89.

37.     Specifically, Park took $199,469.00 from ALS's bank account and another $245,000 from Sunny's company as a downpayment for Via Merano and took out a $747,000 loan to finance the rest of the purchase price.  Levin Decl. ¶ 16; **Ex. 15** (at LT 3008-3009, 3013, 3015); **Ex. 16** (at ALS00074).

38.     Park took out a $550,000 loan in ALS's name secured by Glistening Light—which ALS owned free and clear—and used $461,805.56 of it as a downpayment for his purchase of 33 Stonemark.  **Ex. 15** (at LT 3573, 3794); **Ex. 16** (at ALS000073) ($505,759.00 loan deposit on June 23, 2023); *id*. (at ALS000065 ($461,805.56 wire to Lawyers' Title on July 10, 2023, for 33 Stonemark).

39.     The Sea Fox apartment building was initially subject to a $1 million loan. Day 2 Tr. at 57-58.  But Park refinanced the loan and increased it to $1,650,000.  Levin Decl. ¶¶ 23; **Exhibit 22**.  The net proceeds of the refinancing, $508,892.49, were deposited in ALS's Nevada State Bank account that Park had opened.  **Ex. 19** (at ALS0002788).  Park used $193,520.40 of these proceeds for a downpayment on Sunriver Meadows, which he bought for himself.  **Ex. 19** (at ALS002813) **Ex. 15** (at LT 004177) ("3rd party CL funds"); *Id*. at LT004187 (Wire Transfer from ALS).

40.     Plaintiffs suffered more than $2.4 million in damages from Park's self-dealing and fraud.  *See* Levin Decl. ¶ 26; **Exhibit 25** (Plaintiffs' Expert Disclosure of Whitney Alary's Expert Report) at 4, 8, 11, 18, and 20; **Ex. 23** (Prove-up Hearing Tr. at 10:14–18; *id*. at 12:4–8; 12:19–22; 23:20–26:25; 31:19–32:19; 34:6–35:17–38:15).  Specifically, Plaintiffs suffered more than $372,000 in damages from Park's unauthorized sale of their properties; more than

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773     Facsimile: (702) 792-9002

$379,000 from the unauthorized loans he took out on the Entities' properties; more than $399,000 because Park let all loans go into default; and more than $1.2 million in transfers from the bank accounts of ALS and Sea Fox to Park, his companies, family members, insiders, and Lawyers' Title. **Ex. 25** (Expert Report) at 8, 11; 18 (charts); *see also id.*, Schedules 2.2 through 7 (breakdown with references to bank statements, title documents, and other documents produced in the state court action).

**J.      The State Court Enters Judgment Against Park on All His Claims.**

41.      In April 2024, Park filed a lawsuit in state court against Plaintiffs Ahn and Eum, seeking*, inter alia*, a declaration that he is the rightful owner of the Entities.  Ms. Ahn and Mr. Eum filed counterclaims for, *inter alia*, declaratory relief that they are the rightful owners of the Entities, for fraud, fraudulent transfer, unjust enrichment, conversion, and elder exploitation. *See* ECF No. 40-1.  Upon the parties' competing motions for injunctive relief, the state court held a seven-day evidentiary hearing on the issue of who had ownership of the Entities between August 12 and 14, 2024, and January 13 through 16.  *See* **Ex. 8** (FFCL) at 2. The Court heard testimony from Park, Ms. Ahn, Mr. Eum, Sunny, and Hong.  **Exhibits 1–7**. (Transcripts of Day 1-7).  Park was represented by counsel and assisted by a translator. *See*, e.g., **Ex. 4** (Day 4 Tr. at 5–7).

42.      The state court found in favor of Plaintiffs and against Park, finding that Ms. Ahn and Mr. Eum are the rightful owners of the Entities, that they did not transfer or sell the Entities to Park, that Park's meeting minutes were false, that he offered no evidence of a sale agreement, sale price, or that Park paid any money for the Entities.  **Ex. 8** (FFCL) at 2-7, 14. The state court found that Park lacked any credibility and made various misrepresentations during his testimony and that he appears to be a con man who took advantage of Plaintiffs and their children with coercion, forgery and trickery.  *Id*. (FFCL) at 2.

43.      Soon after the state court entered its FFCL, Park filed for bankruptcy.  He did not list his claims against Plaintiffs that were pending in state court on his initial or any of his amended bankruptcy schedules. *E.g.*, ECF No. 27 at 8, § 33.  Although he listed Plaintiffs as creditors, *e.g.*, ECF No. 37 at 18, and listed the state court case as a lawsuit in which he was

a party, *id*. at 26-27, he did not claim any ownership interest in the Entities. He only claimed a 100% ownership interest in EDPL, LLC. *Id*. at 5 § 19.

44.    Late November 2025, Plaintiffs filed a motion for summary judgment on all Park's claims. The state court heard the motion on December 16, 2025. Park appeared at the hearing but did not file an opposition to the motion. Levin Decl. ¶ 10; **Exhibit 9** (Notice of Entry of Order Granting Defendants' Motion for Summary Judgment on All Park's Claims filed in Case No. A-24-889923-B) at 2, 8. On January 14, 2026, the state court entered summary judgment in Plaintiffs' favor on all Park's claims. **Ex. 9.** Park did not appeal from the summary judgment order.

DATED: June 24, 2026

GREENBERG TRAURIG, LLP

By:    */s/ Akke Levin*
       KARA HENDRICKS, ESQ.
       Nevada Bar No. 07743
       AKKE LEVIN, ESQ.
       Nevada Bar No. 09102

       *Counsel for Plaintiffs*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

**CERTIFICATE OF SERVICE**

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135.  On **June 24, 2026**, I served the foregoing document via electronic mail and U.S. Mail:

DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada 89107
dukepark@me.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on June 24, 2026**, at Las Vegas, Nevada.

                                                    /s/ Andrea Flintz
                                          An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773      Facsimile:  (702) 792-9002

10