KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**DUKE PARK**,<br><br>Debtor(s). | CASE NO. 25-12285-abl<br>CHAPTER 7 |
| Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Park,<br><br>Defendant. | Adversary No. 25-01162-abl<br><br><br>HEARING DATE: AUGUST 11, 2026<br>HEARING TIME: 1:30 P.M. |

**DECLARATION OF AKKE LEVIN IN SUPPORT OF PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS AND MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST DUKE PARK**

I, Akke Levin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Greenberg Traurig LLP, counsel for plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC (collectively "Plaintiffs"). I make this declaration in support of Plaintiffs'

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 Facsimile: (702) 792-9002

1

Motion for Summary Judgment on All Claims Against Duke Park ("Motion").  I have personal knowledge of the facts stated in my declaration and would be competent to testify to them.

2.	Attached to the Motion as **Exhibit 1** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 1** (August 12, 2024).

3.	Attached to the Motion as **Exhibit 2** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 2** (August 13, 2024).

4.	Attached to the Motion as **Exhibit 3** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 3** (August 14, 2024).

5.	Attached to the Motion as **Exhibit 4** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 4** (January 13, 2025).

6.	Attached to the Motion as **Exhibit 5** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 5** (January 14, 2025).

7.	Attached to the Motion as **Exhibit 6** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 6** (January 15, 2025).

8.	Attached to the Motion as **Exhibit 7** are true and correct copies of selected pages of the Transcript of the Evidentiary Hearing in Case No. A-24-889923-B, **Day 7** (January 16, 2025).

9.	Attached to the Motion as **Exhibit 8** is a true and correct copy of the Notice of Entry of the Findings of Fact and Conclusions of Law Granting Ahn and Eum's Motion for Preliminary Injunction and Denying Park's Motion for Preliminary Injunction ("FFCL") filed on March 10, 2025, in Case No. A-24-889923-B.

/ / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773     Facsimile:   (702) 792-9002

10. Attached to the Motion as **Exhibit 9** is a true and correct copy of the Notice of Entry of Order Granting Defendants' Motion for Summary Judgment on All Park's Claims filed in Case No. A-24-889923-B.

11. Attached to the Motion as **Exhibit 10** is a certified copy of the Articles of Organization of Plaintiff ALS Property Holdings, LLC ("ALS").

12. Attached to the Motion as **Exhibit 11** is a certified copy of the Articles of Organization of Plaintiff EBH Management Co., LLC ("EBH").

13. Attached to the Motion as **Exhibit 12** is a certified copy of the Articles of Organization of Plaintiff Sea Fox Management, LLC ("Sea Fox").

14. Attached to the Motion as **Exhibit 13** is a true and correct copy of Duke Park's answers to requests for admissions served in Case No. A-24-889923-B.

15. Attached to the Motion as **Exhibit 14** is a true and correct copy of the Grant, Bargain, Sale Deed for the Sea Fox Apartments, Instrument No. 20160128-0003135, recorded with the Clark County Assessor.

16. Attached to the Motion as **Exhibit 15** are true and correct copies of selected pages of certified title documents produced by Lawyers Title of Nevada in response to a subpoena in Case No. A-24-889923-B.

17. Attached to the Motion as **Exhibit 16** are true and correct copies of bank statements for ALS's Bank of America Account ending in 2225.

18. Attached to the Motion as **Exhibit 17** are true and correct copies of excerpts of bank statements for Soom Kimchi's Bank of America account ending in 6395.

19. Attached to the Motion as **Exhibit 18** are true and correct copies of excerpts of bank statements for Duke Park's Bank of America account ending in 0779.

20. Attached to the Motion as **Exhibit 19** are true and correct copies of excerpts of bank statements for ALS's Nevada State Bank account ending in 1606.

21. Attached to the Motion as **Exhibit 20** are true and correct copies of excerpts of bank statements for Sea Fox's Nevada State Bank account ending in 0566.

/ / /

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

22.     Attached to the Motion as **Exhibit 21** are true and correct copies of three documents entitled "Minutes of Meeting" that Duke Park produced in Case No.   A- 24- 889923- B.

23.     Attached to the Motion as **Exhibit 22** is a true and correct copy of the secured promissory note in the amount of $1,650,000.00.

24.     Attached to the Motion as **Exhibit 23** is a true and correct copy of the Transcript of the January 16, 2026, Prove Up Hearing held in Case No. A-24-889923-B.

*25.*     Attached to the Motion as **Exhibit 24** is a true and correct copy of Plaintiffs' Initial Disclosures served on Duke Park in this case.

26.     Attached to the Motion as **Exhibit 25** is a true and correct copy of Plaintiffs' Expert Witness Disclosure served on Duke Park in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  June 24, 2026

By:   */s/ Akke Levin*

AKKE LEVIN, ESQ.

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773     Facsimile:   (702) 792-9002

## CERTIFICATE OF SERVICE

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135.  On **June 24, 2026**, I served the foregoing document via electronic mail and U.S. Mail:

DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada 89107
dukepark@me.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on June 24, 2026**, at Las Vegas, Nevada.

_/s/ Andrea Flintz_
An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773     Facsimile: (702) 792-9002