KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:        hendricksk@gtlaw.com
                  akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>**DUKE PARK**,<br><br>Debtor(s). | CASE NO. 25-12285-abl<br>CHAPTER 7 |
|---|---|
| Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Park,<br><br>Defendant. | Adversary No. 25-01162-abl<br><br>**APPENDIX OF EXHIBITS TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST DUKE PARK**<br><br>**VOL. 2 OF 4** |

| Exhibit | Description | Page Nos. | Volume |
|---|---|---|---|
| 1 | Excerpts of Evidentiary Hearing Testimony from Day 1 – August 12, 2024 | 001-009 | VOL. 1 |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773     Facsimile:  (702) 792-9002

1

| Exhibit | Description | Page Nos. | Volume |
|---|---|---|---|
| 2 | Excerpts of Evidentiary Hearing Testimony from Day 2 – August 13, 2024 | 010-020 | VOL. 1 |
| 3 | Excerpts of Evidentiary Hearing Testimony from Day 3 – August 14, 2024 | 021-029 | VOL. 1 |
| 4 | Excerpts of Evidentiary Hearing Testimony from Day 4 – January 13, 2025 | 030-041 | VOL. 1 |
| 5 | Excerpts of Evidentiary Hearing Testimony from Day 5 – January 14, 2025 | 042-051 | VOL. 1 |
| 6 | Excerpts of Evidentiary Hearing Testimony from Day 6 – January 15, 2025 | 052-064 | VOL. 1 |
| 7 | Excerpts of Evidentiary Hearing Testimony from Day 7 – January 16, 2025 | 065-080 | VOL. 1 |
| 8 | Notice of Entry of Findings of Fact and Conclusions of Law Granting Ahn and Eum's Motion for Preliminary Injunction and Denying Park's Motion for Preliminary Injunction filed on March 10, 2025 in Case No. A-24-889923-B | 081-115 | VOL. 1 |
| 9 | Notice of Entry of Order Granting Defendants' Motion for Summary Judgment on All Park's Claims filed in Case No. A-24-889923-B | 116-131 | VOL. 1 |
| 10 | Certified Copy of the Articles of Organization of Plaintiff ALS Property Holdings, LLC | 132-134 | VOL. 1 |
| 11 | Certified Copy of the Articles of Organization of Plaintiff EBH Management Co., LLC | 135-137 | VOL. 1 |
| 12 | Certified Copy of the Articles of Organization of Plaintiff Sea Fox Management, LLC | 138-140 | VOL. 1 |

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

| Exhibit | Description | Page Nos. | Volume |
|---|---|---|---|
| 13 | Duke Park's Answers to Requests for Admissions Served in Case No. A-24-889923-B | 141-147 | VOL. 1 |
| 14 | Grant, Bargain, Sale Deed for the Sea Fox Apartments, Instrument No. 20160128-0003135, Recorded with the Clark County Assessor | 148-153 | VOL. 1 |
| 15 | Certified Title Documents Produced by Lawyers Title of Nevada in Response to a Subpoena in Case No. A-24-889923-B | 154-179 | VOL. 1 |
| 16 | Bank Statements for ALS's Bank of America Account Ending in 2225 | 180-265 | VOL. 2 |
| 17 | Excerpts of Bank Statements from Soom Kimchi's Bank of America Account Ending 6395 | 266-360 | VOL. 2 |
| 18 | Excerpts of Bank Statements of Duke Park's Bank of America Account Ending in 0779 | 361-473 | VOL. 3 |
| 19 | Excerpts of Bank Statements for ALS's Nevada State Bank Account Ending in 1606 | 474-520 | VOL. 3 |
| 20 | Excerpts of Bank Statements for Sea Fox's Nevada State Bank Account Ending in 0566 | 521-559 | VOL. 3 |
| 21 | Documents Entitled "Minutes of Meeting" that Duke Park produced in Case No. A-24-889923-B | 560-563 | VOL. 3 |
| 22 | Secured Promissory Note | 564-576 | VOL. 3 |
| 23 | Transcript of the January 16, 2026 Prove Up Hearing held in Case No. A-24-889923-B | 577-619 | VOL. 4 |

/ / /

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

3

| 24 | Plaintiffs' Initial Disclosures served on Duke Park in this case | 620-642 | VOL. 4 |
| 25 | Plaintiffs' Expert Witness Disclosures Served on Duke Pak in this Case | 643-784 | VOL. 4 |

DATED this 24th day of June 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Akke Levin*

KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102

*Counsel for Plaintiffs.*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

4

**CERTIFICATE OF SERVICE**

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135.  On **June 24, 2026**, I served the foregoing document via electronic mail and U.S. Mail:

DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada  89107
dukepark@me.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on June 24, 2026**, at Las Vegas, Nevada.

/s/ Andrea Flintz
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773    Facsimile:  (702) 792-9002

# EXHIBIT 16

**Bank Statements for ALS's Bank of
America Account Ending in 2225**

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV 89012-3296

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2023 to December 31, 2023

Account number:  ██████████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on December 1, 2023 | -$277.36 | # of deposits/credits: 6 |
| Deposits and other credits | 584.46 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -584.46 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: -$277.36 |
| **Ending balance on December 31, 2023** | **-$277.36** | [1]Includes checks paid, deposited items and other debits |

---

BANK OF AMERICA BUSINESS ADVANTAGE

## Join the Bank of America® Advisory Panel

Have your opinion heard. As a member of our Advisory Panel, you can influence the way Bank of America does business — so we can better support business owners like you.

Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

181

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-23-2557.B | 5421173

ALS000037

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

182

ALS000038

Page 2 of 4

**Your checking account**


**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account #  ████████   |   December 1, 2023 to December 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-05) | 101.63 |
| 12/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-06) | 172.95 |
| 12/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-08) | 25.00 |
| 12/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-08) | 21.00 |
| 12/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-08) | 21.00 |
| 12/28/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-27) | 242.88 |

**Total deposits and other credits**  **$584.46**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/23 | SOUTHWEST GAS   DES:PAYMENT   ID:B2333658375731  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -101.63 |
| 12/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-Y1G8F8S2K2T1  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -172.95 |
| 12/08/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-W5E5V0L2L3D5  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -25.00 |
| 12/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:41290123  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 12/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:41290124  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 12/27/23 | SOUTHWEST GAS   DES:PAYMENT   ID:B2335759487231  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -242.88 |

**Total withdrawals and other debits**  **-$584.46**

BANK OF AMERICA BUSINESS ADVANTAGE

Fraud prevention:
## We're here to help

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-23-2588 B  |  5422885

183

ALS000039

Page 3 of 4

ALS PROPERTY HOLDINGS, LLC   |   Account # ■■■■■■■   |   December 1, 2023 to December 31, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $180.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 11/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | -277.36 | 12/07 | -277.36 | 12/27 | -520.24 |
| 12/05 | -378.99 | 12/08 | -344.36 | 12/28 | -277.36 |
| 12/06 | -450.31 | 12/11 | -277.36 | | |

184

ALS000040

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
## Preferred Rewards
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for November 1, 2023 to November 30, 2023                    Account number: ███████████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2023 | -$277.36 | # of deposits/credits: | 5 |
| Deposits and other credits | 280.94 | # of withdrawals/debits: | 5 |
| Withdrawals and other debits | -280.94 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 30 |
| Service fees | -0.00 | Average ledger balance: | -$277.36 |
| **Ending balance on November 30, 2023** | **-$277.36** | [1]Includes checks paid, deposited items and other debits | |

Can you spot a scam?   Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information



Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

185

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B | 5449173

ALS000041

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: L  BC: NV                    Page 1 of 4

ALS PROPERTY HOLDINGS, LLC   |   Account #  ▮▮▮▮▮▮   |   November 1, 2023 to November 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

186

ALS000042

Page 2 of 4

 **BANK OF AMERICA**

# Your checking account

ALS PROPERTY HOLDINGS, LLC | Account # ██████████ | November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/03/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-02) | 40.99 |
| 11/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-06) | 172.95 |
| 11/09/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-08) | 21.00 |
| 11/09/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-08) | 21.00 |
| 11/10/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-09) | 25.00 |
| **Total deposits and other credits** | | **$280.94** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/02/23 | SOUTHWEST GAS   DES:PAYMENT   ID:B2330556843842  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -40.99 |
| 11/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-N4Q5G9E5D9L7  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -172.95 |
| 11/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:40641459  INDN:leesoo ahn   CO ID:HOAPAYMENT WEB | -21.00 |
| 11/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:40641460  INDN:leesoo ahn   CO ID:HOAPAYMENT WEB | -21.00 |
| 11/09/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-F1OOR9J5X8S9  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -25.00 |
| **Total withdrawals and other debits** | | **-$280.94** |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B | 4878896

187

ALS000043

Page 3 of 4

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $180.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 10/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯  $15,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | -277.36 | 11/06 | -450.31 | 11/09 | -302.36 |
| 11/02 | -318.35 | 11/07 | -277.36 | 11/10 | -277.36 |
| 11/03 | -277.36 | 11/08 | -319.36 | | |

188

ALS000044

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
## Preferred Rewards
For Business

**Customer service information**

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV 89012-3296

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for October 1, 2023 to October 31, 2023     Account number: ▮▮▮▮▮▮▮▮

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2023 | -$79.39 | # of deposits/credits: 2 |
| Deposits and other credits | 1,416.29 | # of withdrawals/debits: 11 |
| Withdrawals and other debits | -1,574.26 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -40.00 | Average ledger balance: -$221.65 |
| **Ending balance on October 31, 2023** | **-$277.36** | [1]Includes checks paid, deposited items and other debits |

# Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking,
or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



189

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile
Banking app and is only available for select mobile devices. Message and data rates may apply.
SSM-05-23-0809.C I 5695722

ALS000045

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████   |   October 1, 2023 to October 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

190

ALS000046

Page 2 of 4



**BANK OF AMERICA**

## Your checking account

ALS PROPERTY HOLDINGS, LLC  |  Account #  ████████  |  October 1, 2023 to October 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/23 | SNRHA         DES:S8 ACH      ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS, CO ID:6270910670 CCD | 573.00 |
| 10/27/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 10-26) | 843.29 |
| **Total deposits and other credits** | | **$1,416.29** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/23 | Zelle payment to  DUKE PARK Conf# o3wlylbn2 | -400.00 |
| 10/04/23 | SOUTHWEST GAS    DES:PAYMENT     ID:B2327655313889 INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -77.02 |
| 10/05/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W2078 INDN:Leesoo Ahn        CO ID:1133133497 CCD | -39.00 |
| 10/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-P6V1Z0K0I8H8 INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -172.95 |
| 10/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:39977837 INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 10/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:39977838 INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 10/26/23 | NV ENERGY SOUTH  DES:NPC PYMT   ID:030033152339267 INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -843.29 |
| **Total withdrawals and other debits** | | **-$1,574.26** |

# Women business owners are making moves that matter

We're celebrating National Women's Small Business Month with owners who are keeping businesses moving forward.

Learn more at **bankofamerica.com/SBwomen**.

SSM-06-23-0981.B | 5752176

191

ALS000047

Page 3 of 4

ALS PROPERTY HOLDINGS, LLC   |   Account #⬛⬛⬛⬛⬛   |   October 1, 2023 to October 31, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $180.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 09/29/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 10/05/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-05 | -10.00 |
| 10/06/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-06 | -10.00 |
| 10/10/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-10 | -10.00 |
| 10/10/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 10-10 | -10.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | -79.39 | 10/05 | -32.41 | 10/26 | -1,120.65 |
| 10/02 | 93.61 | 10/06 | -215.36 | 10/27 | -277.36 |
| 10/04 | 16.59 | 10/10 | -277.36 | | |

192

ALS000048



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for September 1, 2023 to September 30, 2023          Account number: ███████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | -$652.39 | # of deposits/credits: 19 |
| Deposits and other credits | 2,192.94 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -1,619.94 | # of items-previous cycle[1]: 13 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: -$79.39 |
| **Ending balance on September 30, 2023** | **-$79.39** | [1]Includes checks paid, deposited items and other debits |

## Account security you can see

Check your security meter level and watch it rise as you take action
to help protect against fraud. See it in the Mobile Banking app and
Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.          SSM-12-22-0030.A  I  5197654



ALS000049

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NV          Page 1 of 6

ALS PROPERTY HOLDINGS, LLC | Account # ██████████ | September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

194

ALS000050

Page 2 of 6

**Your checking account**



**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC  |  Account #█████████  |  September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | SNRHA DES:S8 ACH ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS, CO ID:6270910670 CCD | 573.00 |
| 09/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-06) | 172.95 |
| 09/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-06) | 24.37 |
| 09/07/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-06) | 6.99 |
| 09/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-08) | 252.68 |
| 09/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-08) | 21.00 |
| 09/11/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-08) | 21.00 |
| 09/12/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-11) | 25.00 |
| 09/12/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-11) | 11.99 |
| 09/12/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-11) | 2.99 |
| 09/14/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-13) | 6.99 |
| 09/15/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-14) | 252.68 |
| 09/19/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-18) | 11.99 |
| 09/19/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-18) | 6.99 |
| 09/19/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-18) | 2.99 |
| 09/21/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-20) | 252.68 |
| 09/25/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-22) | 11.99 |
| 09/25/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-22) | 2.99 |
| 09/28/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-27) | 531.67 |

**Total deposits and other credits** **$2,192.94**

BANK OF AMERICA BUSINESS ADVANTAGE

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B  |  5421083

195

ALS000051

ALS PROPERTY HOLDINGS, LLC   |   Account # ████████   |   September 1, 2023 to September 30, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-K3Q9H3I1F3A7  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -172.95 |
| 09/06/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2324553824453  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -24.37 |
| 09/06/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 09/08/23 | COX COMM LAS    DES:BANK DRAFT ID:SkDvB6cW51DxFfD  INDN:ALS Property Holdings   CO ID:1582406705 PPD | -252.68 |
| 09/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:39194483  INDN:leesoo ahn         CO ID:HOAPAYMENT WEB | -21.00 |
| 09/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:39194484  INDN:leesoo ahn         CO ID:HOAPAYMENT WEB | -21.00 |
| 09/11/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-X9W1M5W9Y3B4  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -25.00 |
| 09/11/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.99 |
| 09/11/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 09/13/23 | PAYPAL        DES:RETRY PYMT ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 09/14/23 | COX COMM LAS    DES:RETRY PYMT ID:SkDvB6cW51DxFfD  INDN:ALS Property Holdings   CO ID:1582406705 PPD | -252.68 |
| 09/18/23 | PAYPAL        DES:RETRY PYMT ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.99 |
| 09/18/23 | PAYPAL        DES:RETRY PYMT ID:1029429639003  INDN:HONGJUN EOM        CO ID:PAYPALRP44 WEB | -6.99 |
| 09/18/23 | PAYPAL        DES:RETRY PYMT ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 09/20/23 | COX COMM LAS    DES:RETRY PYMT ID:SkDvB6cW51DxFfD  INDN:ALS Property Holdings   CO ID:1582406705 PPD | -252.68 |
| 09/22/23 | PAYPAL        DES:RETRY PYMT ID:1029523586616  INDN:HONGJUN EOM        CO ID:PAYPALRP44 WEB | -11.99 |
| 09/22/23 | PAYPAL        DES:RETRY PYMT ID:1029523384060  INDN:HONGJUN EOM        CO ID:PAYPALRP44 WEB | -2.99 |
| 09/27/23 | NV ENERGY SOUTH  DES:NPC PYMT   ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -531.67 |

**Total withdrawals and other debits**                                                    **-$1,619.94**

196

ALS000052

Page 4 of 6



# BANK OF AMERICA

**Your checking account**

ALS PROPERTY HOLDINGS, LLC   |   Account #⬛⬛⬛⬛⬛⬛⬛⬛   |   September 1, 2023 to September 30, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | -79.39 | 09/13 | -86.38 | 09/21 | -79.39 |
| 09/06 | -283.70 | 09/14 | -332.07 | 09/22 | -94.37 |
| 09/07 | -79.39 | 09/15 | -79.39 | 09/25 | -79.39 |
| 09/08 | -374.07 | 09/18 | -101.36 | 09/27 | -611.06 |
| 09/11 | -119.37 | 09/19 | -79.39 | 09/28 | -79.39 |
| 09/12 | -79.39 | 09/20 | -332.07 | | |

197

ALS000053

Page 5 of 6

ALS PROPERTY HOLDINGS, LLC   |   Account # ████████   |   September 1, 2023 to September 30, 2023

This page intentionally left blank

198

ALS000054



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

BANK OF AMERICA
## Preferred Rewards
For Business

**Customer service information**

☐   1.888.BUSINESS (1.888.287.4637)

✉   bankofamerica.com

✉   Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors

for August 1, 2023 to August 31, 2023

Account number: ███████████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2023 | $335.72 | # of deposits/credits: 13 |
| Deposits and other credits | 52,962.42 | # of withdrawals/debits: 51 |
| Withdrawals and other debits | -46,386.53 | # of items-previous cycle[1]: 38 |
| Checks | -7,534.00 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $2,579.39 |
| **Ending balance on August 31, 2023** | **-$652.39** | [1]Includes checks paid, deposited items and other debits |

 Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.



199

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509.C  |  5471548

ALS000055

ALS PROPERTY HOLDINGS, LLC   |   Account #████████   |   August 1, 2023 to August 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

200

ALS000056

Page 2 of 8

**Your checking account**

## BANK OF AMERICA

ALS PROPERTY HOLDINGS, LLC   |   Account #  ██████████   |   August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/01/23 | SNRHA        DES:S8 ACH     ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS,  CO ID:6270910670 CCD | | | 573.00 |
| 08/03/23 | WIRE TYPE:WIRE IN DATE: 230803 TIME:1715 ET TRN:2023080300487325 SEQ:230803044661/004197 ORIG:LAWYERS TITLE OF NEVADA, ID:000153796698360 SND BK:US BANK, NA ID:121201694 PMT DET:2308030446 61 FN 31230956 REFUND PROPADDR 10041 OAK CREEK CAN | | | 28,053.92 |
| 08/07/23 | Online Banking Transfer Conf# m9i0azrxo; SOOM KIMCHI, SOOM KIMCHI | | | 11,000.00 |
| 08/07/23 | BKOFAMERICA MOBILE 08/06 3747603224 DEPOSIT | *MOBILE | NV | 1,000.00 |
| 08/07/23 | BKOFAMERICA MOBILE 08/06 3812430922 DEPOSIT | *MOBILE | NV | 900.00 |
| 08/10/23 | Online Banking Transfer Conf# n9rfrrkvs; SOOM KIMCHI | | | 3,500.00 |
| 08/14/23 | Online Banking Transfer Conf# knthgptfe; SOOM KIMCHI | | | 3,800.00 |
| 08/15/23 | Counter Credit | | | 2,400.00 |
| 08/15/23 | Online Banking transfer from CHK 2298 Confirmation# 4910024800 | | | 900.00 |
| 08/16/23 | Online Banking transfer from CHK 0959 Confirmation# 4723425293 | | | 500.00 |
| 08/16/23 | BKOFAMERICA MOBILE 08/17 3754137032 DEPOSIT | *MOBILE | NV | 105.50 |
| 08/22/23 | Online Banking transfer from CHK 2298 Confirmation# 4271378634 | | | 130.00 |
| 08/22/23 | Online Banking transfer from SAV 0946 Confirmation# 4571381067 | | | 100.00 |
| **Total deposits and other credits** | | | | **$52,962.42** |

## Withdrawals and other debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/01/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2321052058119 INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | | | -19.81 |
| 08/03/23 | Online Banking Transfer Conf# jxujb6rpy; SOOM KIMCHI | | | -25,000.00 |
| 08/03/23 | APPLECARD GSBANK DES:PAYMENT    ID:4586636  INDN:Hong Jun Eom          CO ID:9999999999 WEB | | | -178.82 |
| 08/07/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-S0Y7A8V5P4Z7  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | | | -172.95 |

continued on the next page

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



SSM-01-23-2637.B | 5421106

201

ALS000057

Page 3 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████   |   August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/07/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 08/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:38564103  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 08/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:38564104  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 08/08/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2321752439833  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -19.05 |
| 08/09/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W4896  INDN:Leesoo Ahn        CO ID:1133133497 CCD | -135.00 |
| 08/11/23 | Online Banking Transfer Conf# rztbbj759; SOOM KIMCHI | -10,000.00 |
| 08/11/23 | Online Banking Transfer Conf# rftj37s9j; SOOM KIMCHI | -2,000.00 |
| 08/11/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.99 |
| 08/11/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 08/14/23 | Online Banking Transfer Conf# nqr42pp5y; SOOM KIMCHI | -2,000.00 |
| 08/14/23 | Online Banking transfer to SAV 0946 Confirmation# 4802021274 | -3,800.00 |
| 08/14/23 | CheapOair CC    DES:CHEAPO PAY ID:2491009968N  INDN:     4121241008247880  CO ID:9307287800 TEL | -175.00 |
| 08/17/23 | Online Banking transfer to CHK 0959 Confirmation# 4128214365 | -100.00 |
| 08/17/23 | Online Banking Transfer Conf# jagn8rb42; SOOM KIMCHI | -500.00 |
| 08/18/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -4.99 |
| 08/21/23 | PAYPAL        DES:INST XFER  ID:GOOGLE YOUTUBE  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.99 |
| 08/21/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 08/23/23 | Online Banking transfer to SAV 0946 Confirmation# 4280683298 | -100.00 |
| 08/24/23 | PAYPAL        DES:INST XFER  ID:HULU  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -9.00 |
| 08/28/23 | NV ENERGY SOUTH  DES:NPC PYMT   ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -724.04 |
| 08/28/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -8.99 |
| 08/28/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |

Card account # XXXX XXXX XXXX 0459

| Date | Description | Amount |
|---|---|---|
| 08/29/23 | CHECKCARD  0827 RICE CAKE HOUSE 702-7736331  NV 24122473240900019700296 CKCD 5462 XXXXXXXXXXXX0459 XXXX XXXX XXXX 0459 | -7.99 |
| **Subtotal for card account # XXXX XXXX XXXX 0459** | | **-$7.99** |

Card account # XXXX XXXX XXXX 2169

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | CHECKCARD  0803 HABANEROS TACO GRILL #3 LAS VEGAS   NV 24801973215091117252634 CKCD 5814 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -22.53 |
| 08/04/23 | CHECKCARD  0802 STARBUCKS STORE 48143 LAS VEGAS   NV 24692163215107242887886 CKCD 5814 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -20.72 |
| 08/04/23 | CHECKCARD  0803 TST* SUZUYA PATISSERIE LAS VEGAS   NV 24137463215500847341076 CKCD 5812 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -4.88 |
| 08/07/23 | BKOFAMERICA ATM 08/05 #000007066 WITHDRWL SOUTH RAINBOW   LAS VEGAS   NV | -200.00 |

continued on the next page

202

## Your checking account

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account #          |   August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/07/23 | CHECKCARD  0804 ARCHIS QUICK CASUAL 626-6655464  NV 24000973218214610992656 CKCD 5814 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -150.23 |
| 08/07/23 | CHECKCARD  0804 YUXIANG KOREAN CHINESE LAS VEGAS    NV 24551933218030071137467 CKCD 5812 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -75.89 |
| 08/08/23 | SMITHS FO 6130  08/08 #000618765 PURCHASE SMITHS FO 6130 W. LAS VEGAS    NV | -341.00 |
| 08/08/23 | LOWE'S #1719    08/08 #000595461 PURCHASE LOWE'S #1719      LAS VEGAS   NV | -69.70 |
| 08/10/23 | CHECKCARD  0808 TANG TANG TANG LAS VEGAS    NV 24275393221900015100077 CKCD 5812 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -20.00 |
| 08/10/23 | CHECKCARD  0809 IN *CROWN INSPECTION AS 702-7685200 NV 24692163221102367675804 CKCD 8999 XXXXXXXXXXXX2169 XXXX XXXX XXXX 2169 | -440.00 |
| Subtotal for card account # XXXX XXXX XXXX 2169 | | -$1,344.95 |

**Total withdrawals and other debits**                                                -$46,386.53

## Checks

| Date | Check # | Amount |
|---|---|---|
| 08/31/23 | 74 | -20.00 |
| 08/03/23 | 75 | -500.00 |
| 08/04/23 | 76 | -500.00 |
| 08/14/23 | 77 | -100.00 |
| 08/10/23 | 78 | -2,640.00 |

| Date | Check # | Amount |
|---|---|---|
| 08/15/23 | 79 | -35.00 |
| 08/16/23 | 81* | -3,139.00 |
| 08/08/23 | 5248* | -500.00 |
| 08/17/23 | 5250* | -100.00 |

**Total checks**                      -$7,534.00

**Total # of checks**                          9

\*   *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $30.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

ALS000059

Page 5 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #▓▓▓▓▓▓▓   |   August 1, 2023 to August 31, 2023

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/03/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 08/18/23 | Prfd Rwds for Bus-Stop Pymt Fee Waiver of $30 | -0.00 |
| 08/28/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-28 | -10.00 |
| 08/28/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-28 | -10.00 |
| 08/31/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-31 | -10.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 888.91 | 08/11 | 2,288.09 | 08/22 | 250.62 |
| 08/03 | 3,241.48 | 08/14 | 13.09 | 08/23 | 150.62 |
| 08/04 | 2,715.88 | 08/15 | 3,278.09 | 08/24 | 141.62 |
| 08/07 | 15,009.82 | 08/16 | 744.59 | 08/28 | -614.40 |
| 08/08 | 14,038.07 | 08/17 | 44.59 | 08/29 | -622.39 |
| 08/09 | 13,903.07 | 08/18 | 39.60 | 08/31 | -652.39 |
| 08/10 | 14,303.07 | 08/21 | 20.62 | | |

ALS000060

Page 6 of 8


**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account #[REDACTED]   |   August 1, 2023 to August 31, 2023

## Check images

Account number: [REDACTED]
Check number: 74   |   Amount: $20.00



Check number: 75   |   Amount: $500.00



Check number: 76   |   Amount: $500.00



Check number: 77   |   Amount: $100.00

Check number: 78   |   Amount: $2,640.00



Check number: 79   |   Amount: $35.00

Check number: 81   |   Amount: $3,139.00



Check number: 5248   |   Amount: $500.00

Check number: 5250   |   Amount: $100.00



205

ALS000061

Page 7 of 8

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

206

ALS000062

Page 8 of 8



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023

Account number: ███████████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on July 1, 2023 | $504,699.18 | # of deposits/credits: 8 |
| Deposits and other credits | 512,059.61 | # of withdrawals/debits: 44 |
| Withdrawals and other debits | -1,004,143.97 | # of items-previous cycle[1]: 7 |
| Checks | -12,213.10 | # of days in cycle: 31 |
| Service fees | -66.00 | Average ledger balance: $107,687.16 |
| **Ending balance on July 31, 2023** | **$335.72** | [1]Includes checks paid, deposited items and other debits |



Congratulations!
You've reached the Platinum Tier

You've been automatically upgraded to the Preferred Rewards Platinum tier based
on your current balances with Bank of America. That means you're now earning even
higher rewards and greater benefits for the business you do.

To learn more, visit **bankofamerica.com/BusinessUptier**, schedule an appointment
with a Small Business Specialist or call **888.BUSINESS (888.287.4637)**.

207

SSM-08-22-0107.D1 | 4878938

ALS000063

PULL: E   CYCLE: 44   SEG: E   DELIVERY: E   TYPE:   IMAGE: L   RC: NV

Page 1 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account # █████████   |   July 1, 2023 to July 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and   Equal Housing Lender**

208

ALS000064

Page 2 of 8

## Your checking account

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC  |  Account # ▓▓▓▓▓▓  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 07/03/23 | SNRHA          DES:S8 ACH      ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS, CO ID:6270910670 CCD | | | 573.00 |
| 07/06/23 | BKOFAMERICA MOBILE 07/06 3731523445 DEPOSIT | *MOBILE | NV | 2,200.00 |
| 07/10/23 | REVERSAL ALS PROPERTY HOLDING:lawyers title Confirmation# 0598952867 | | | 461,805.56 |
| 07/11/23 | Counter Credit | | | 19,704.00 |
| 07/13/23 | BKOFAMERICA MOBILE 07/13 3733539992 DEPOSIT | *MOBILE | NV | 25,000.00 |
| 07/19/23 | BKOFAMERICA MOBILE 07/19 3736906100 DEPOSIT | *MOBILE | NV | 777.05 |
| 07/26/23 | Counter Credit | | | 1,300.00 |
| 07/31/23 | Zelle Transfer Conf# 0HWSE5GKI; KARA ARTHURHOLTZ | | | 700.00 |
| **Total deposits and other credits** | | | | **$512,059.61** |

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 07/06/23 | TRANSFER ALS PROPERTY HOLDING:lawyers title Confirmation# 4064150015 | | -461,805.56 |
| 07/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-T6G0J3Y2D2X1  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | | -172.95 |
| 07/06/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2318550806384 INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | | -17.45 |
| 07/06/23 | PAYPAL          DES:INST XFER ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | | -6.99 |
| 07/10/23 | WIRE TYPE:WIRE OUT DATE:230710 TIME:1257 ET TRN:2023071000419008 SERVICE REF:010679 BNF:LAWYERS TITLE OF NEVADA, I ID:153796698360 BNF BK:US BANK, NA ID:121201694 PMT DET:79CUAK78U 31230769-JZ / 33 STONEMARK DRIVE, H//ENDERSON | | -461,805.56 |
| 07/10/23 | COX COMM LAS    DES:BANK DRAFT ID:9VrpN1A33SF1kbp INDN:ALS Property Holdings   CO ID:1582406705 PPD | | -108.66 |
| 07/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:37920441  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | | -21.00 |
| 07/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:37920442  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | | -21.00 |
| 07/11/23 | Adjustment/Correction Of Posted Item | | -277.00 |

continued on the next page

---

**REMEMBER**

# You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

**BUSINESS ADVANTAGE**

**Contact me today.**

Diana Barraza
702.602.6493
diana.barraza@bofa.com

SSM-08-22-0105.B  |  4878868

209

ALS000065

Page 3 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████████   |   July 1, 2023 to July 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/11/23 | Online Banking transfer to CHK 0959 Confirmation# 4509289587 | -4,000.00 |
| 07/11/23 | PAYPAL        DES:INST XFER  ID:CONDE NAST  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -37.93 |
| 07/11/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -9.99 |
| 07/11/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 07/12/23 | Online Banking transfer to CHK 0959 Confirmation# 5017436436 | -25,000.00 |
| 07/14/23 | WIRE TYPE:WIRE OUT DATE:230714 TIME:1022 ET TRN:2023071400301225 SERVICE REF:007993 BNF:SHC ENTERPRISE LLC. ID:9928366492 BNF BK:WELLS  FARGO NA ID:321270742 PMT DET:446832622 | -8,000.00 |
| 07/17/23 | Online Banking transfer to CHK 0959 Confirmation# 4963031105 | -2,000.00 |
| 07/18/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -4.99 |
| 07/19/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W7218  INDN:Leesoo Ahn        CO ID:1133133497 CCD | -119.00 |
| 07/19/23 | PAYPAL        DES:INST XFER  ID:GOOGLE YOUTUBE  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.99 |
| 07/20/23 | Online Banking Transfer Conf# j03tyl5v0; SOOM KIMCHI | -20,000.00 |
| 07/21/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 07/24/23 | PAYPAL        DES:INST XFER  ID:HULU  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -9.00 |
| 07/26/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2320651818695  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -29.61 |
| 07/26/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2320651817943  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -11.34 |
| 07/27/23 | NV ENERGY SOUTH DES:NPC PYMT    ID:030033152339267  INDN:ALS PROPERTY HOLDINGS,   CO ID:1880045330 WEB | -573.65 |
| 07/28/23 | Online Banking Transfer Conf# px3rputl3; SOOM KIMCHI | -5,000.00 |
| 07/28/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -8.99 |
| 07/28/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 07/31/23 | Online Banking Transfer Conf# qmkjzw0bd; SOOM KIMCHI | -13,000.00 |
| 07/31/23 | Zelle payment to  Chelsea Eom Conf# ofn49cdrj | -2,000.00 |

Card account # XXXX XXXX XXXX 1958

| Date | Description | Amount |
|---|---|---|
| 07/18/23 | CHECKCARD  0716 CHOICE HOME WARRANTY 888-5315403  NJ 24037613198900012568762 CKCD 6300 XXXXXXXXXXXX1958 XXXX XXXX XXXX 1958 | -78.34 |
| **Subtotal for card account # XXXX XXXX XXXX 1958** | | **-$78.34** |

**Total withdrawals and other debits**                                                    **-$1,004,143.97**

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 07/31/23 | 73 | -80.00 | 07/21/23 | 101 | -2,040.00 |
| 07/10/23 | 95* | -3,500.00 | 07/18/23 | 105* | -1,515.57 |
| 07/10/23 | 97* | -2,082.53 | 07/03/23 | 5243* | -100.00 |
| 07/14/23 | 100* | -2,295.00 | 07/05/23 | 5244 | -500.00 |

continued on the next page

ALS000066

**Your checking account**

**BANK OF AMERICA** 〰

ALS PROPERTY HOLDINGS, LLC   |   Account #          |   July 1, 2023 to July 31, 2023

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 07/17/23 | 5246* | -100.00 | | | |
| | | | | Total checks | -$12,213.10 |
| | | | | Total # of checks | 9 |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft fees | $0.00 | $110.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 07/03/23 | External transfer fee - 3 Day -   06/30/2023 | -1.00 |
| 07/07/23 | External transfer fee - Next Day - 07/06/2023 | -5.00 |
| 07/10/23 | Wire Transfer Fee | -30.00 |
| 07/14/23 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$66.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 504,699.18 | 07/05 | 504,671.18 | 07/07 | 44,863.23 |
| 07/03 | 505,171.18 | 07/06 | 44,868.23 | 07/10 | 39,100.04 |

continued on the next page

ALS000067

Page 5 of 8

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 07/11 | 54,476.13 | 07/18 | 40,452.23 | 07/26 | 20,301.35 |
| 07/12 | 29,476.13 | 07/19 | 41,098.29 | 07/27 | 19,727.70 |
| 07/13 | 54,476.13 | 07/20 | 21,098.29 | 07/28 | 14,715.72 |
| 07/14 | 44,151.13 | 07/21 | 19,051.30 | 07/31 | 335.72 |
| 07/17 | 42,051.13 | 07/24 | 19,042.30 | | |

212

ALS000068

# BANK OF AMERICA

ALS PROPERTY HOLDINGS, LLC  |  Account # ███████████  |  July 1, 2023 to July 31, 2023

## Check images

**Account number:** ████████████
Check number: 73  |  Amount: $80.00



Check number: 95  |  Amount: $3,500.00

Check number: 97  |  Amount: $2,082.53



Check number: 100  |  Amount: $2,295.00

Check number: 101  |  Amount: $2,040.00

Check number: 105  |  Amount: $1,515.57

Check number: 5243  |  Amount: $100.00

Check number: 5244  |  Amount: $500.00

Check number: 5246  |  Amount: $100.00



213

ALS000069

Page 7 of 8

This page intentionally left blank

214

ALS000070



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐   1.888.BUSINESS (1.888.287.4637)

✉   bankofamerica.com

✉   Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for June 1, 2023 to June 30, 2023

Account number: ▮▮▮▮▮▮▮▮

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $23,154.22 | # of deposits/credits: 11 |
| Deposits and other credits | 776,864.20 | # of withdrawals/debits: 50 |
| Withdrawals and other debits | -290,130.24 | # of items-previous cycle[1]: 15 |
| Checks | -5,148.00 | # of days in cycle: 30 |
| Service fees | -41.00 | Average ledger balance: $155,586.44 |
| **Ending balance on June 30, 2023** | **$504,699.18** | [1]Includes checks paid, deposited items and other debits |

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| ## You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Diana Barraza 702.602.6493 diana.barraza@bofa.com |

215

SSM-08-22-0105B  |  4878868

ALS000071

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NV

Page 1 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #▮▮▮▮▮▮▮▮   |   June 1, 2023 to June 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

216

ALS000072

Page 2 of 8



# Your checking account

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account # ▮▮▮▮▮▮▮   |   June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/01/23 | WIRE TYPE:BOOK IN DATE:230601 TIME:1608 ET TRN:2023060100531461 SNDR REF:BML230518-000764 ORIG:NONGHYUP BANK ID:006550294616 PMT DET:4384006 56 2023051500591964 //DTD 230516 USD 500.00 //RTND  BNF ACC ISCLOSED GIN/L230518000764001 | 470.00 |
| 06/01/23 | SNRHA          DES:S8 ACH     ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS, CO ID:6270910670 CCD | 4.00 |
| 06/05/23 | Online Banking Transfer Conf# pjvyg2kq9; JOO, YEONG | 1,100.00 |
| 06/06/23 | WIRE TYPE:WIRE IN DATE: 230606 TIME:1528 ET TRN:2023060600402452 SEQ:230606037687/003690 ORIG:LAWYERS TITLE OF NEVADA, ID:000153796698360 SND BK:US BANK, NA ID:121201694 PMT DET:2306060376 87 FN 31230652 PROPADDR 5958 W. BANBURY HEIGHTS WA | 237,691.20 |
| 06/09/23 | Zelle Transfer Conf# T0RBBMRL9; FRANCISCO SAUCEDOFABILA | 40.00 |
| 06/13/23 | Online Banking transfer from CHK 0959 Confirmation# 4566546844 | 14,000.00 |
| 06/14/23 | Online Banking Transfer Conf# rz5edduoi; EUM, SO YEON | 10,000.00 |
| 06/20/23 | Online Banking Transfer Conf# k5tl4h5mk; EUM, SO YEON | 4,000.00 |
| 06/20/23 | Online Banking Transfer Conf# jsrwxi99n; EUM, SO YEON | 2,500.00 |
| 06/23/23 | WIRE TYPE:WIRE IN DATE: 230623 TIME:1127 ET TRN:2023062300359917 SEQ:230623019758/001691 ORIG:LAWYERS TITLE OF NEVADA, ID:000153796698360 SND BK:US BANK, NA ID:121201694 PMT DET:2306230197 58 FN 31230757 REFUND PROPADDR 782 GLISTENING LIGH | 505,759.00 |
| 06/26/23 | Counter Credit | 1,300.00 |
| **Total deposits and other credits** | | **$776,864.20** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/02/23 | APPLECARD GSBANK DES:PAYMENT     ID:4586636  INDN:Hong Jun Eom          CO ID:9999999999 WEB | -663.63 |
| 06/05/23 | Zelle payment to  Chelsea Eom Conf# os0094yyl | -800.00 |
| 06/05/23 | Online Banking transfer to CHK 0959 Confirmation# 4688454516 | -2,000.00 |
| 06/05/23 | Zelle Transfer Conf# q5rs6on6l; Fransico Plumber | -1,860.00 |

continued on the next page

 Can you spot a scam?  Be aware of these common red flags:

☐ Contacted unexpectedly and asked for sensitive information

☐ Pressured to act immediately

☐ Asked to provide codes or click links to verify information

 Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

217

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B  |  5449173

ALS000073

Page 3 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #░░░░░░░░░░   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/05/23 | Zelle payment to Dennis Alderman for "management Fee May"; Conf# jdg40pwb3 | -2,070.00 |
| 06/05/23 | Online Banking Transfer Conf# mpcu53d7e; kang | -1,860.00 |
| 06/06/23 | WIRE TYPE:WIRE OUT DATE:230606 TIME:1650 ET TRN:2023060600442658 SERVICE REF:013446 BNF:LAWYERS TITLE ID:153796698360 BNF BK:US BANK, NA ID:121201694 PMT DET:441527824 | -199,469.00 |
| 06/06/23 | Online Banking Transfer Conf# pejihar2v; SOOM KIMCHI | -20,000.00 |
| 06/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-K6D0M4G8P5V3 INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -172.95 |
| 06/06/23 | SOUTHWEST GAS   DES:PAYMENT   ID:B2315449258078 INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -17.45 |
| 06/06/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -6.99 |
| 06/07/23 | TRANSFER ALS PROPERTY HOLDING:SHC Enterprise LLC. Confirmation# 1314750080 | -15,000.00 |
| 06/08/23 | COX COMM LAS    DES:BANK DRAFT ID:DRr2Suk6uLSMxSj INDN:ALS Property Holdings   CO ID:1582406705 PPD | -108.66 |
| 06/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:37202641  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 06/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:37202642  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 06/12/23 | Online Banking transfer to CHK 0959 Confirmation# 5057633978 | -4,000.00 |
| 06/12/23 | Online Banking transfer to SAV 0946 Confirmation# 4361637214 | -500.00 |
| 06/12/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -9.99 |
| 06/12/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -2.99 |
| 06/13/23 | Online Banking transfer to CHK 0959 Confirmation# 4362802496 | -2,000.00 |
| 06/13/23 | Sterling Court H DES:L3893905   ID:O36662951975  INDN:Als Property Holdings  CO ID:1710914481 PPD | -106.84 |
| 06/13/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -99.99 |
| 06/20/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W4384  INDN:Leesoo Ahn        CO ID:1133133497 CCD | -2,630.84 |
| 06/20/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W6238  INDN:Leesoo Ahn        CO ID:1133133497 CCD | -806.02 |
| 06/20/23 | AMERICAN EXPRESS DES:ACH PMT    ID:W5166  INDN:Leesoo Ahn        CO ID:1133133497 CCD | -366.17 |
| 06/20/23 | PAYPAL        DES:INST XFER  ID:DROPBOX  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -28.77 |
| 06/20/23 | PAYPAL        DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -11.98 |
| 06/22/23 | TRANSFER ALS PROPERTY HOLDING:ALS Property Holding Confirmation# 4043181768 | -3,600.00 |
| 06/26/23 | Online Banking Transfer Conf# f4c94haty; SOOM KIMCHI | -25,000.00 |
| 06/26/23 | NV ENERGY SOUTH  DES:NPC PYMT    ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -423.47 |
| 06/26/23 | PAYPAL        DES:INST XFER  ID:HULU  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -9.00 |
| 06/27/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2317550346176  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -33.17 |
| 06/27/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2317550329298  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -21.34 |

continued on the next page

ALS000074

## Your checking account

**BANK OF AMERICA** 🇺🇸

ALS PROPERTY HOLDINGS, LLC   |   Account # ▓▓▓▓▓▓▓▓   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits – continued

| Date | Description | | Amount |
|---|---|---|---|
| 06/28/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM          CO | | -8.99 |
| | ID:PAYPALSI77 WEB | | |
| 06/28/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM          CO | | -2.99 |
| | ID:PAYPALSI77 WEB | | |
| 06/30/23 | TRANSFER ALS PROPERTY HOLDING:Benjamin B. Childs, Confirmation# 3012759172 | | -2,416.74 |

Card account # XXXX XXXX XXXX 1958

| Date | Description | Amount |
|---|---|---|
| 06/15/23 | PMNT SENT  0616 PAYSEND.COM Visa Direct  MO CKCD 4829 XXXXXXXXXXXX1958 XXXX XXXX | -3,923.88 |
| | XXXX 1958 | |
| 06/21/23 | CHECKCARD  0620 CHOICE HOME WARRANTY 888-5315403  NJ 24037613171900019025718 | -66.39 |
| | CKCD 6300 XXXXXXXXXXXX1958 XXXX XXXX XXXX 1958 | |

**Subtotal for card account # XXXX XXXX XXXX 1958**     **-$3,990.27**

**Total withdrawals and other debits**     **-$290,130.24**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 06/06/23 | 35 | -398.00 | | 06/08/23 | 5240 | -500.00 |
| 06/01/23 | 123* | -850.00 | | 06/26/23 | 5241 | -3,200.00 |
| 06/01/23 | 5239* | -100.00 | | 06/20/23 | 5242 | -100.00 |
| | | | | **Total checks** | | **-$5,148.00** |
| | | | | **Total # of checks** | | **6** |

*   *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $110.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

219

ALS000075

ALS PROPERTY HOLDINGS, LLC  |  Account #  ▮▮▮▮▮▮▮  |  June 1, 2023 to June 30, 2023

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $15,000+ combined average monthly balance in linked business accounts has been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/01/23 | External transfer fee - 3 Day -   05/31/2023 | -1.00 |
| 06/06/23 | Wire Transfer Fee | -30.00 |
| 06/06/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 06/08/23 | External transfer fee - Next Day - 06/07/2023 | -5.00 |
| 06/23/23 | External transfer fee - Next Day - 06/22/2023 | -5.00 |
| 06/23/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

**Total service fees**                                                                           **-$41.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 22,677.22 | 06/12 | 11,991.76 | 06/22 | 28,750.88 |
| 06/02 | 22,013.59 | 06/13 | 23,784.93 | 06/23 | 534,504.88 |
| 06/05 | 14,523.59 | 06/14 | 33,784.93 | 06/26 | 507,172.41 |
| 06/06 | 32,120.40 | 06/15 | 29,861.05 | 06/27 | 507,127.90 |
| 06/07 | 17,120.40 | 06/20 | 32,417.27 | 06/28 | 507,115.92 |
| 06/08 | 16,464.74 | 06/21 | 32,350.88 | 06/30 | 504,699.18 |
| 06/09 | 16,504.74 | | | | |

220

ALS000076


**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account # ▬▬▬▬▬▬   |   June 1, 2023 to June 30, 2023

## Check images

**Account number:** ▬▬▬▬

Check number: 35   |   Amount: $398.00

Check number: 123   |   Amount: $850.00



Check number: 5239   |   Amount: $100.00

Check number: 5240   |   Amount: $500.00



Check number: 5241   |   Amount: $3,200.00

Check number: 5242   |   Amount: $100.00



221

ALS000077

Page 7 of 8

This page intentionally left blank

ALS000078

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
297 GINGERBREAD ST
HENDERSON, NV  89012-3296

BANK OF AMERICA
**Preferred Rewards**
For Business

## Customer service information

▯  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for May 1, 2023 to May 31, 2023                    Account number: ▮▮▮▮▮▮

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on May 1, 2023 | $84,015.86 | # of deposits/credits: 4 |
| Deposits and other credits | 77,625.24 | # of withdrawals/debits: 67 |
| Withdrawals and other debits | -119,508.95 | # of items-previous cycle[1]: 6 |
| Checks | -18,927.93 | # of days in cycle: 31 |
| Service fees | -50.00 | Average ledger balance: $40,416.29 |
| **Ending balance on May 31, 2023** | **$23,154.22** | [1]Includes checks paid, deposited items and other debits |

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| ## You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Diana Barraza<br>702.602.6493<br>diana.barraza@bofa.com |

223

SSM-08-22-0105.B  |  4878868

ALS000079

ALS PROPERTY HOLDINGS, LLC  |  Account #           |  May 1, 2023 to May 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   – Tell us your name and account number.
   – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

ALS000080

Page 2 of 10

## Your checking account

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC  |  Account # ▮▮▮▮▮▮▮▮  |  May 1, 2023 to May 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/02/23 | Online Banking Transfer Conf# rOtldxmjo; JOO, YEONG | 1,100.00 |
| 05/17/23 | RETURNED CHECK | 1,022.00 |
| 05/22/23 | WIRE TYPE:WIRE IN DATE: 230522 TIME:1334 ET TRN:2023052200415651 SEQ:230522026588/002430 ORIG:LAWYERS TITLE OF NEVADA, ID:000153796698360 SND BK:US BANK, NA ID:121201694 PMT DET:2305220265 88 FN 31230581 PROCEEDS PROPADDR 6255W. ARBY AVE 3 | 74,203.24 |
| 05/31/23 | Counter Credit | 1,300.00 |
| **Total deposits and other credits** | | **$77,625.24** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/01/23 | CLARK COUNTY NV  DES:ACH- CLARK ID:  INDN:ALS Property Holdings  CO ID:1223755714 CCD | -37,550.76 |
| 05/08/23 | Online Banking transfer to CHK 0959 Confirmation# 4434326331 | -1,000.00 |
| 05/08/23 | Zelle payment to  Dennis Alderman for "management fee"; Conf# ao17043zi | -1,624.00 |
| 05/08/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-K8F7G2S3N2Q7  INDN:ALS PROPERTY HOLDINGS  CO ID:1800948598 WEB | -172.95 |
| 05/09/23 | COX COMM LAS    DES: BANKDRAFT ID:476076223904001  INDN:ALS Property Holdings  CO ID:1582406705 PPD | -108.66 |
| 05/09/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2312647864170  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -25.48 |
| 05/09/23 | HIGHLAND MAINT T DES:Assn Dues  ID:36608396  INDN:leesoo ahn      CO ID:HOAPAYMENT WEB | -21.00 |
| 05/09/23 | HIGHLAND MAINT T DES:Assn Dues  ID:36608397  INDN:leesoo ahn      CO ID:HOAPAYMENT WEB | -21.00 |
| 05/10/23 | TRANSFER ALS PROPERTY HOLDING:Eastern Silverado LL Confirmation# 0474055166 | -14,530.87 |
| 05/11/23 | Sterling Court H DES:L3755341   ID:O36662951975  INDN:Als Property Holdings  CO ID:1710914481 PPD | -102.58 |
| 05/11/23 | PAYPAL          DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM      CO ID:PAYPALSI77 WEB | -9.99 |
| 05/11/23 | PAYPAL          DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM      CO ID:PAYPALSI77 WEB | -2.99 |

*continued on the next page*

Set up alerts[1]
for important
account activity

**Choose alerts that matter to you and be notified right away, even when you're not logged in.**

- Balances
- Payment due dates
- Deposits and transfers
- And more!

Set up alerts at **bankofamerica.com/onlinebanking**.
You can scan this code with your smart device to go there directly.



225

When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1]You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-12-22-0016.B I 5247368

ALS000081

ALS PROPERTY HOLDINGS, LLC   |   Account # ██████████   |   May 1, 2023 to May 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/15/23 | WIRE TYPE:INTL OUT DATE:230516 TIME:1811 ET TRN:2023051500591964 SERVICE REF:353587 BNF:BOK HYUN EUM ID:21706356044431 BNF BK:NONGHYUP BANK ID:006550294616 PMT DET:438400656 PARENTS DA Y POP FAMILY SUPPORT | -500.00 |
| 05/16/23 | Zelle payment to  Yeon-Kyung Chung Conf# lpx7bgzb0 | -500.00 |
| 05/18/23 | PAYPAL           DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -4.99 |
| 05/19/23 | Zelle Transfer Conf# jkbf2ovuz; Will Used Appliance | -150.00 |
| 05/19/23 | PAYPAL           DES:INST XFER  ID:GOOGLE YOUTUBE  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -11.99 |
| 05/19/23 | PAYPAL           DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -6.99 |
| 05/19/23 | PAYPAL           DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -4.99 |
| 05/22/23 | AMERICAN EXPRESS DES:ACH PMT    ID:M8484  INDN:Leesoo Ahn         CO ID:1133133497 CCD | -5,000.00 |
| 05/22/23 | AMERICAN EXPRESS DES:ACH PMT    ID:M0574  INDN:Leesoo Ahn         CO ID:1133133497 CCD | -5,000.00 |
| 05/23/23 | Zelle Transfer Conf# kbhh46vob; Will Used Appliance | -360.00 |
| 05/24/23 | Online Banking Transfer Conf# p7qkjpxfe; SOOM KIMCHI | -20,000.00 |
| 05/24/23 | PAYPAL           DES:INST XFER  ID:HULU  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -9.00 |
| 05/25/23 | NV ENERGY SOUTH  DES:NPC PYMT   ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -265.90 |
| 05/25/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2314448757430 INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -47.19 |
| 05/25/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2314448766055 INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -11.34 |
| 05/26/23 | PAYPAL           DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -8.99 |
| 05/30/23 | PAYPAL           DES:INST XFER  ID:APPLE.COM BILL  INDN:HONGJUN EOM         CO ID:PAYPALSI77 WEB | -2.99 |
| 05/31/23 | Online Banking Transfer Conf# r6a3bj6p0; SOOM KIMCHI | -25,000.00 |
| 05/31/23 | Online Banking transfer to CHK 0959 Confirmation# 4850277716 | -1,000.00 |
| 05/31/23 | Zelle Transfer Conf# jfckd5cpm; Fransico Plumber | -1,480.00 |
| 05/31/23 | TRANSFER ALS PROPERTY HOLDING:Benjamin B. Childs, Confirmation# 0255880845 | -3,260.00 |

Card account # XXXX XXXX XXXX 9798

| Date | Description | Amount |
|---|---|---|
| 05/05/23 | CHECKCARD  0503 LI'S RESTAURANT SAN LUIS     AZ 24692163124109541355854 CKCD 5812 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.06 |
| 05/09/23 | PMNT SENT  0508 APPLE CASH 1INFINITELOOPCA | -50.00 |
| 05/09/23 | CHECKCARD  0508 JIFFY LUBE 3005 HENDERSON    NV 24231683128837000379228 CKCD 7538 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -136.20 |
| 05/09/23 | CHECKCARD  0508 DMV-44 775-684-4513 NV 24493983129026480849803 CKCD 9399 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -500.00 |
| 05/09/23 | CHECKCARD  0509 ARCO #42713 AM LAS VEGAS     NV CKCD 5542 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -91.03 |
| 05/09/23 | LOWE'S #1719    05/09 #000707482 PURCHASE LOWE'S #1719     LAS VEGAS    NV | -29.98 |
| 05/11/23 | CHECKCARD  0509 JAPAN CREEK MARKET LAS VEGAS    NV 24426293130030043712618 CKCD 5411 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -17.07 |
| 05/12/23 | CHECKCARD  0511 BJS RESTAURANTS 487 HENDERSON    NV 24692163131105167874229 CKCD 5812 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -320.00 |

226

continued on the next page

ALS000082



**Your checking account**

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account # ██████████   |   May 1, 2023 to May 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/12/23 | CHECKCARD 0511 WAL Wal-Mart S LAS VEGAS   NV CKCD 5411 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -2.94 |
| 05/16/23 | CHECKCARD 0515 COFHENDERSON/UTILITY SV 702-267-5900 NV 24492153136206499105056 CKCD 4900 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -86.35 |
| 05/17/23 | CHECKCARD 0516 CHOICE HOME WARRANTY 888-5315403 NJ 24037613136900014126044 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 05/17/23 | CHECKCARD 0516 CHOICE HOME WARRANTY 888-5315403 NJ 24037613136900014122753 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 05/17/23 | CHECKCARD 0516 CHOICE HOME WARRANTY 888-5315403 NJ 24037613136900014125921 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.39 |
| 05/17/23 | CHECKCARD 0516 CHOICE HOME WARRANTY 888-5315403 NJ 24037613136900014119114 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 05/24/23 | CHECKCARD 0522 PAR*LEE'S SANDWICHES LAS VEGAS   NV 24445003143100311919594 CKCD 5814 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -42.14 |
| 05/30/23 | CHECKCARD 0526 CHOICE HOME WARRANTY 888-5315403 NJ 24037613146900012256320 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -55.00 |
| 05/30/23 | CHECKCARD 0530 ARCO #66185 HENDERSON   NV CKCD 5542 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -97.66 |
| Subtotal for card account # XXXX XXXX XXXX 9798 | | -$1,714.30 |
| **Total withdrawals and other debits** | | **-$119,508.95** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 05/16/23 | 31 | -1,022.00 | 05/25/23 | 142* | -500.00 |
| 05/16/23 | 33* | -2,331.00 | 05/17/23 | 143 | -500.00 |
| 05/23/23 | 36* | -2,331.00 | 05/23/23 | 144 | -3,569.93 |
| 05/19/23 | 37 | -1,024.00 | 05/01/23 | 5235* | -100.00 |
| 05/25/23 | 38 | -1,250.00 | 05/03/23 | 5236 | -500.00 |
| 05/23/23 | 39 | -2,000.00 | 05/18/23 | 5237 | -3,200.00 |
| 05/01/23 | 130* | -500.00 | 05/16/23 | 5238 | -100.00 |
| | | | **Total checks** | | **-$18,927.93** |
| | | | **Total # of checks** | | **14** |

*   There is a gap in sequential check numbers

ALS000083

Page 5 of 10

AL'S PROPERTY HOLDINGS, LLC   |   Account #███████████   |   May 1, 2023 to May 31, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $110.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/11/23 | External transfer fee - Next Day - 05/10/2023 | -5.00 |
| 05/15/23 | Wire Transfer Fee | -45.00 |
| 05/22/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$50.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 45,865.10 | 05/11 | 27,950.24 | 05/22 | 83,145.36 |
| 05/02 | 46,965.10 | 05/12 | 27,627.30 | 05/23 | 74,884.43 |
| 05/03 | 46,465.10 | 05/15 | 27,082.30 | 05/24 | 54,833.29 |
| 05/05 | 46,399.04 | 05/16 | 23,042.95 | 05/25 | 52,758.86 |
| 05/08 | 43,602.09 | 05/17 | 23,345.08 | 05/26 | 52,749.87 |
| 05/09 | 42,618.74 | 05/18 | 20,140.09 | 05/30 | 52,594.22 |
| 05/10 | 28,087.87 | 05/19 | 18,942.12 | 05/31 | 23,154.22 |

228

ALS000084

# BANK OF AMERICA

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████████   |   May 1, 2023 to May 31, 2023

## Check images

**Account number:** ███████████

Check number: 31   |   Amount: $1,022.00



Check number: 33   |   Amount: $2,331.00

Check number: 36   |   Amount: $2,331.00

Check number: 37   |   Amount: $1,024.00

Check number: 38   |   Amount: $1,250.00

Check number: 39   |   Amount: $2,000.00

Check number: 130   |   Amount: $500.00

Check number: 142   |   Amount: $500.00

Check number: 143   |   Amount: $500.00

Check number: 144   |   Amount: $3,569.93



229

ALS000085

continued on the next page

Page 7 of 10



**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC  |  Account # 5010 1497 2225  |  May 1, 2023 to May 31, 2023

## Check images - continued

**Account number:** ▊▊▊▊▊▊▊▊
Check number: 5235  |  Amount: $100.00



Check number: 5236  |  Amount: $500.00



Check number: 5237  |  Amount: $3,200.00



Check number: 5238  |  Amount: $100.00



230

ALS000086

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

231

ALS000087

Page 9 of 10

This page intentionally left blank

ALS000088



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
782 GLISTENING LIGHT CT
HENDERSON, NV  89052-8746

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐   1.888.BUSINESS (1.888.287.4637)

✉   bankofamerica.com

✉   Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for April 1, 2023 to April 30, 2023

Account number: ▮▮▮▮▮▮▮▮

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on April 1, 2023 | $854.59 | # of deposits/credits: 5 |
| Deposits and other credits | 114,065.85 | # of withdrawals/debits: 26 |
| Withdrawals and other debits | -2,204.58 | # of items-previous cycle[1]: 6 |
| Checks | -28,700.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $16,038.18 |
| **Ending balance on April 30, 2023** | **$84,015.86** | [1]Includes checks paid, deposited items and other debits |

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| ## You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Diana Barraza 702.602.6493 diana.barraza@bofa.com |

233

SSM-08-22-0105.B | 4878868

ALS000089

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: L  BC: NV

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

234



# BANK OF AMERICA

## Your checking account

ALS PROPERTY HOLDINGS, LLC   |   Account # ██████████   April 1, 2023 to April 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/03/23 | Online Banking Transfer Conf# mpv1gsnxv; JOO, YEONG | 1,100.00 |
| 04/04/23 | NV TLR transfer | 1,190.00 |
| 04/19/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-18) | 3,200.00 |
| 04/26/23 | WIRE TYPE:WIRE IN DATE: 230426 TIME:1258 ET TRN:2023042600379425 SEQ:230426022991/002081 ORIG:LAWYERS TITLE OF NEVADA, ID:000153796698360 SND BK:US BANK, NA ID:121201694 PMT DET:2304260229 91 FN 31230402 PROCEEDS PROPADDR 297 GINGERBREAD S | 107,275.85 |
| 04/28/23 | Counter Credit | 1,300.00 |
| **Total deposits and other credits** | | **$114,065.85** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-J5D6N3A8V4O9  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -172.95 |
| 04/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-T5P8C7D8P3L3  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -132.95 |
| 04/06/23 | SOUTHWEST GAS    DES:PAYMENT    ID:B2309546151436  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -45.63 |
| 04/07/23 | COX COMM LAS     DES: BANKDRAFT ID:476076223904001  INDN:ALS Property Holdings   CO ID:1582406705 PPD | -108.66 |
| 04/10/23 | APPLECARD GSBANK DES:PAYMENT    ID:4586636  INDN:Hong Jun Eom          CO ID:9999999999 WEB | -313.93 |
| 04/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:35996320  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | -21.00 |
| 04/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:35996321  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | -21.00 |
| 04/11/23 | Sterling Court H DES:L3622713   ID:O36662951975  INDN:Als Property Holdings   CO ID:1710914481 PPD | -103.97 |
| 04/11/23 | PAYPAL           DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -9.99 |
| 04/26/23 | XOOM             DES:DEBIT O    ID:000000143912924  INDN:EOM HONG JUN          CO ID:1943401054 WEB | -504.99 |

continued on the next page

 Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

235

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-08-22-0187.B  |  4956677

ALS000091

Page 3 of 8

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/26/23 | NV ENERGY SOUTH DES:NPC PYMT ID:030033152339267 INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -254.83 |
| 04/26/23 | SOUTHWEST GAS DES:PAYMENT ID:B2311547204295 INDN:ALS PROPERTY HOLDINGS CO ID:4880085720 CCD | -141.23 |
| 04/26/23 | SOUTHWEST GAS DES:PAYMENT ID:B2311547207084 INDN:ALS PROPERTY HOLDINGS CO ID:4880085720 CCD | -11.34 |

Card account # XXXX XXXX XXXX 9798

| Date | Description | Amount |
|---|---|---|
| 04/10/23 | CHECKCARD 0409 ARCO #66185 HENDERSON NV CKCD 5542 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -50.37 |
| 04/13/23 | CHECKCARD 0412 COFHENDERSON/UTILITY SV 702-267-5900 NV 24492153103206499102805 CKCD 4900 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -71.87 |
| 04/18/23 | CHECKCARD 0416 CHOICE HOME WARRANTY 888-5315403 NJ 24037613107900018797985 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 04/18/23 | CHECKCARD 0416 CHOICE HOME WARRANTY 888-5315403 NJ 24037613107900018796037 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 04/18/23 | CHECKCARD 0416 CHOICE HOME WARRANTY 888-5315403 NJ 24037613107900018694059 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 04/18/23 | CHECKCARD 0416 CHOICE HOME WARRANTY 888-5315403 NJ 24037613107900018795625 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.39 |
| 04/27/23 | PMNT SENT 0426 APPLE CASH 877-233-8552 CA | -20.00 |

**Subtotal for card account # XXXX XXXX XXXX 9798** — **-$362.11**

**Total withdrawals and other debits** — **-$2,204.58**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 04/27/23 | 30 | -24,800.00 | | 04/18/23 | 5233 | -3,200.00 |
| 04/03/23 | 5231* | -100.00 | | 04/14/23 | 5234 | -100.00 |
| 04/05/23 | 5232 | -500.00 | | | | |
| | | | | **Total checks** | | **-$28,700.00** |
| | | | | **Total # of checks** | | **5** |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $110.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

236

continued on the next page

**BANK OF AMERICA**

**Your checking account**

ALS PROPERTY HOLDINGS, LLC   |   Account # ▓▓▓▓▓▓▓▓   |   April 1, 2023 to April 30, 2023

## Service fees - continued

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/26/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 04/01 | 854.59 | 04/07 | 2,084.40 | 04/18 | -2,027.60 |
| 04/03 | 1,854.59 | 04/10 | 1,678.10 | 04/19 | 1,172.40 |
| 04/04 | 3,044.59 | 04/11 | 1,564.14 | 04/26 | 107,535.86 |
| 04/05 | 2,544.59 | 04/13 | 1,492.27 | 04/27 | 82,715.86 |
| 04/06 | 2,193.06 | 04/14 | 1,392.27 | 04/28 | 84,015.86 |

237

ALS000093

Page 5 of 8

ALS PROPERTY HOLDINGS, LLC | Account # ▮▮▮▮▮▮▮▮ | April 1, 2023 to April 30, 2023

This page intentionally left blank

238

ALS000094

Page 6 of 8



**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account #  ▮▮▮▮▮▮▮   |   April 1, 2023 to April 30, 2023

## Check images

**Account number:** ▮▮▮▮▮▮▮
Check number: 30   |   Amount: $24,800.00



Check number: 5232   |   Amount: $500.00



Check number: 5231   |   Amount: $100.00



Check number: 5234   |   Amount: $100.00



239

ALS000095

Page 7 of 8

This page intentionally left blank

240

ALS000096



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

ALS PROPERTY HOLDINGS, LLC
782 GLISTENING LIGHT CT
HENDERSON, NV  89052-8746

### Customer service information

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Gold

for March 1, 2023 to March 31, 2023                    Account number: ▮▮▮▮▮▮▮▮

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2023 | $1,521.57 | # of deposits/credits: 7 |
| Deposits and other credits | 10,975.77 | # of withdrawals/debits: 30 |
| Withdrawals and other debits | -4,502.75 | # of items-previous cycle[1]: 3 |
| Checks | -7,100.00 | # of days in cycle: 31 |
| Service fees | -40.00 | Average ledger balance: $1,401.85 |
| **Ending balance on March 31, 2023** | **$854.59** | [1]Includes checks paid, deposited items and other debits |

REMEMBER

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Diana Barraza
702.602.6493
diana.barraza@bofa.com

241

SSM-08-22-0105.B | 4878868

ALS000097

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: NV

Page 1 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████████   |   March 1, 2023 to March 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

242

ALS000098

Page 2 of 8

**BANK OF AMERICA**

<span style="text-align: right">**Your checking account**</span>

ALS PROPERTY HOLDINGS, LLC  |  Account # ▆▆▆▆▆▆  |  March 1, 2023 to March 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/01/23 | Online Banking Transfer Conf# ke157n2k3; JOO, YEONG | 1,100.00 |
| 03/02/23 | BKOFAMERICA ATM 03/02 #000007670 DEPOSIT LOWE'S 1719 - WEST LAS VEGAS    NV | 3,200.00 |
| 03/02/23 | WIRE TYPE:BOOK IN DATE:230302 TIME:1348 ET TRN:2023030200429137 SNDR REF:BML230224-001833 ORIG:NONGHYUP BANK ID:006550294616 PMT DET:RETURN OF YOUR P/O REF:425013046, /.AMT 1000.00USD //VD 2 30208 ,20230208-00484296 //RETURN RSN UTCBNF GIN/L | 970.00 |
| 03/09/23 | NV TLR transfer | 1,190.00 |
| 03/09/23 | CHECKCARD 0308 PROGRESSIVE *INSURANCE 800-776-4737 OH 7469216306710879316 | 15.77 |
| 03/29/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-28) | 3,200.00 |
| 03/29/23 | Counter Credit | 1,300.00 |
| **Total deposits and other credits** | | **$10,975.77** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/03/23 | Online Banking transfer to CHK 0959 Confirmation# 4687357369 | -2,000.00 |
| 03/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-A7J1C3M5A5T7  INDN:ALS PROPERTY HOLDINGS   CO ID:1800948598 WEB | -172.95 |
| 03/06/23 | PAYPAL          DES:INST XFER  ID:1025599718302  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -46.66 |
| 03/07/23 | Xoom.com       DES:DEBIT O    ID:000000142232317  INDN:EOM HONG JUN         CO ID:1943401054 WEB | -504.99 |
| 03/07/23 | SOUTHWEST GAS   DES:PAYMENT     ID:B2306344477801  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -53.68 |
| 03/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:35291058  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 03/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:35291059  INDN:leesoo ahn        CO ID:HOAPAYMENT WEB | -21.00 |
| 03/10/23 | COX COMM LAS     DES: BANKDRAFT ID:476076223904001  INDN:ALS Property Holdings   CO ID:1582406705 PPD | -108.66 |
| 03/13/23 | Sterling Court H DES:L3494250   ID:036662951975  INDN:Als Property Holdings   CO ID:1710914481 PPD | -107.84 |

continued on the next page



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A  I  5197654

243

ALS000099

ALS PROPERTY HOLDINGS, LLC   |   Account # ███████   |   March 1, 2023 to March 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/13/23 | PAYPAL          DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -9.99 |
| 03/28/23 | NV ENERGY SOUTH  DES:NPC PYMT   ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -276.57 |
| 03/28/23 | SOUTHWEST GAS   DES:PAYMENT     ID:B2308445506221  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -223.58 |
| 03/28/23 | SOUTHWEST GAS   DES:PAYMENT     ID:B2308445595612  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -147.96 |

Card account # XXXX XXXX XXXX 2328

| Date | Description | Amount |
|---|---|---|
| 03/24/23 | CHECKCARD  0322 LAS AIRPORT LAS VEGAS    NV 24625463082900017977866 CKCD 7523 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -3.00 |

**Subtotal for card account # XXXX XXXX XXXX 2328** — **-$3.00**

Card account # XXXX XXXX XXXX 9798

| Date | Description | Amount |
|---|---|---|
| 03/01/23 | USPS PO 317680  03/01 #000305591 PURCHASE USPS PO 31768003   SEARCHLIGHT  NV | -305.03 |
| 03/17/23 | CHECKCARD  0316 CHOICE HOME WARRANTY 888-5315403  NJ 24037613075900019909140 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 03/17/23 | CHECKCARD  0316 CHOICE HOME WARRANTY 888-5315403  NJ 24037613075900019908613 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 03/17/23 | CHECKCARD  0316 CHOICE HOME WARRANTY 888-5315403  NJ 24037613075900019909108 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.39 |
| 03/17/23 | CHECKCARD  0316 CHOICE HOME WARRANTY 888-5315403  NJ 24037613075900019909132 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 03/17/23 | CHECKCARD  0316 COFHENDERSON/UTILITY SV 702-267-5900 NV 24492153076206499102584 CKCD 4900 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -79.97 |
| 03/27/23 | BKOFAMERICA ATM 03/25 #000008027 WITHDRWL SOUTH RAINBOW     LAS VEGAS    NV | -200.00 |

**Subtotal for card account # XXXX XXXX XXXX 9798** — **-$804.87**

**Total withdrawals and other debits** — **-$4,502.75**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 03/08/23 | 5225 | -3,200.00 | | 03/28/23 | 5229 | -3,200.00 |
| 03/01/23 | 5227* | -100.00 | | 03/20/23 | 5230 | -100.00 |
| 03/08/23 | 5228 | -500.00 | | | | |

| | |
|---|---|
| **Total checks** | **-$7,100.00** |
| **Total # of checks** | **5** |

* There is a gap in sequential check numbers

244

ALS000100

**BANK OF AMERICA**

**Your checking account**

ALS PROPERTY HOLDINGS, LLC   |   Account #  ███████████  |   March 1, 2023 to March 31, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $110.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed. .
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/08/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-08 | -10.00 |
| 03/08/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-08 | -10.00 |
| 03/28/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-28 | -10.00 |
| 03/28/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-28 | -10.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 2,216.54 | 03/08 | -153.74 | 03/20 | 425.70 |
| 03/02 | 6,386.54 | 03/09 | 1,052.03 | 03/24 | 422.70 |
| 03/03 | 4,386.54 | 03/10 | 943.37 | 03/27 | 222.70 |
| 03/06 | 4,166.93 | 03/13 | 825.54 | 03/28 | -3,645.41 |
| 03/07 | 3,608.26 | 03/17 | 525.70 | 03/29 | 854.59 |

245

ALS000101

Page 5 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #[REDACTED]    March 1, 2023 to March 31, 2023

This page intentionally left blank

246

ALS000102

Page 6 of 8

# BANK OF AMERICA

ALS PROPERTY HOLDINGS, LLC   |   Account #█████████   |   March 1, 2023 to March 31, 2023

## Check images

**Account number:** █████████

| | |
|---|---|
| Check number: 5225   |   Amount: $3,200.00 | Check number: 5227   |   Amount: $100.00 |





| | |
|---|---|
| Check number: 5228   |   Amount: $500.00 | Check number: 5230   |   Amount: $100.00 |





247

ALS000103

Page 7 of 8

This page intentionally left blank

248

ALS000104

ALS PROPERTY HOLDINGS, LLC   |   Account #███████   |   February 1, 2023 to February 28, 2023

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

249

ALS000105

Page 2 of 8

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
782 GLISTENING LIGHT CT
HENDERSON, NV  89052-8746

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

---

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for February 1, 2023 to February 28, 2023                    Account number: ▉▉▉▉▉▉▉

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2023 | $1,260.09 | # of deposits/credits: 5 |
| Deposits and other credits | 5,590.00 | # of withdrawals/debits: 38 |
| Withdrawals and other debits | -4,641.02 | # of items-previous cycle[1]: 7 |
| Checks | -600.00 | # of days in cycle: 28 |
| Service fees | -87.50 | Average ledger balance: $1,018.32 |
| **Ending balance on February 28, 2023** | **$1,521.57** | [1]Includes checks paid, deposited items and other debits |

---

## Your business may have a credit score. Find out today.

It's important to have access to tools that help you understand your business credit.
That's why we've partnered with Dun & Bradstreet to provide free access to a business credit score.[1]

To learn more, visit **bankofamerica.com/BusinessCreditScore**.

250

[1] Access to Dun & Bradstreet business credit score information in Business Advantage 360 is for educational purposes only and available only to U.S.-based Bank of America Small Business clients with an open and active Small Business account, who have a Dun & Bradstreet business credit score and have properly enrolled to access it in Business Advantage 360. Dun & Bradstreet's business credit score (also known as "The D&B® Delinquency Predictor Score") is based on data from Dun & Bradstreet and may be different from other business credit scores.

SSM-01-22-2415B I 4016343

ALS000106

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:  IMAGE: L  BC: NV

Page 1 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account # ████████████   |   February 1, 2023 to February 28, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

ALS000107

Page 2 of 8

# BANK OF AMERICA

**Your checking account**

ALS PROPERTY HOLDINGS, LLC  |  Account #  ▮▮▮▮▮▮  |  February 1, 2023 to February 28, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 02/03/23 | Online Banking Transfer Conf# gq88jrkz8; JOO, YEONG | 1,100.00 |
| 02/09/23 | NV TLR transfer | 1,190.00 |
| 02/17/23 | Online Banking transfer from CHK 0959 Confirmation# 5068149110 | 1,000.00 |
| 02/22/23 | Online Banking transfer from CHK 0959 Confirmation# 5011544256 | 1,000.00 |
| 02/27/23 | Counter Credit | 1,300.00 |

**Total deposits and other credits**    **$5,590.00**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/06/23 | PAYPAL          DES:INST XFER  ID:1025061666129  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -300.00 |
| 02/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-M6X3T8R0G3B7  INDN:ALS PROPERTY HOLDINGS  CO ID:4270465600 WEB | -172.95 |
| 02/07/23 | SOUTHWEST GAS   DES:PAYMENT   ID:B2303542976215  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -56.05 |
| 02/08/23 | WIRE TYPE:INTL OUT DATE:230209 TIME:1856 ET TRN:2023020800484296 SERVICE REF:692040 BNF:BOK HYUN EUM ID:21706356044431 BNF BK:NONGHYUP  BANK ID:006550294616 PMT DET:425013046 FAMILY SUP PORT POP FAMILY SUPPORT | -1,000.00 |
| 02/08/23 | COX COMM LAS    DES: BANKDRAFT ID:476076223904001  INDN:ALS Property Holdings  CO ID:1582406705 PPD | -108.66 |
| 02/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:34690209  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | -21.00 |
| 02/08/23 | HIGHLAND MAINT T DES:Assn Dues  ID:34690210  INDN:leesoo ahn          CO ID:HOAPAYMENT WEB | -21.00 |
| 02/09/23 | PAYPAL          DES:INST XFER  ID:NORTON  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -129.99 |
| 02/13/23 | Sterling Court H DES:L3367330   ID:O36662951975  INDN:Als Property Holdings  CO ID:1710914481 PPD | -97.06 |
| 02/13/23 | PAYPAL          DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -52.22 |
| 02/13/23 | PAYPAL          DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM          CO ID:PAYPALSI77 WEB | -10.45 |

continued on the next page



BANK OF AMERICA BUSINESS ADVANTAGE

## Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-22-0009.B  |  4762393

252

ALS000108

Page 3 of 8

ALS PROPERTY HOLDINGS, LLC  |  Account # ████████  |  February 1, 2023 to February 28, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 02/13/23 | PAYPAL      DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM     CO ID:PAYPALSI77 WEB | -9.99 |
| 02/16/23 | NV ENERGY SOUTH  DES:NPC PYMT  ID:030033151615509  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -55.71 |
| 02/17/23 | YI LEI DIAN ZI S DES:IAT PAYPAL ID:1025323984697  INDN:HONGJUN EOM     CO ID:XXXXXXXXXC IAT  PMT INFO: WEB 00000000000008574 | -85.74 |
| 02/28/23 | NV ENERGY SOUTH  DES:NPC PYMT  ID:030033152339267  INDN:ALS PROPERTY HOLDINGS, CO ID:1880045330 WEB | -252.71 |
| 02/28/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2305644040550  INDN:ALS PROPERTY HOLDINGS  CO ID:4880085720 CCD | -220.98 |

Card account # XXXX XXXX XXXX 2328

| Date | Description | Amount |
|---|---|---|
| 02/22/23 | CHECKCARD  0222 ARCO #42917 HENDERSON    NV CKCD 5542 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -91.17 |

| | | |
|---|---|---|
| **Subtotal for card account # XXXX XXXX XXXX 2328** | | **-$91.17** |

Card account # XXXX XXXX XXXX 9798

| Date | Description | Amount |
|---|---|---|
| 02/01/23 | CHECKCARD  0131 DMV-44 775-684-4513 NV 24493983032026473743324 CKCD 9399 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -41.25 |
| 02/07/23 | CHECKCARD  0206 PROGRESSIVE *INSURANCE 800-776-4737 OH 24692163037106301941242 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -149.48 |
| 02/13/23 | CHECKCARD  0212 ARCO #66185 HENDERSON    NV CKCD 5542 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -89.21 |
| 02/14/23 | PMNT SENT  0215 VENMO* Visa Direct  NY CKCD 4829 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -20.00 |
| 02/16/23 | CHECKCARD  0215 COFHENDERSON/UTILITY SV 702-267-5900 NV 24492153047206499103067 CKCD 4900 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -1,224.32 |
| 02/17/23 | CHECKCARD  0216 CHOICE HOME WARRANTY 888-5315403  NJ 24037613047900016007455 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 02/17/23 | CHECKCARD  0216 CHOICE HOME WARRANTY 888-5315403  NJ 24037613047900016007265 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 02/17/23 | CHECKCARD  0216 CHOICE HOME WARRANTY 888-5315403  NJ 24037613047900016009188 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.39 |
| 02/17/23 | CHECKCARD  0216 CHOICE HOME WARRANTY 888-5315403  NJ 24037613047900016008891 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 02/21/23 | CHECKCARD  0219 HOT N JUICY CRAWFISH 702-776-3030 NV 24941663051970102728101 CKCD 5812 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -70.00 |
| 02/21/23 | CHECKCARD  0219 HOT N JUICY CRAWFISH LAS VEGAS    NV 24941663051970127382769 CKCD 5812 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -2.71 |
| 02/22/23 | EFT        02/22 #000632550 WITHDRWL EFT        Henderson   NV | -93.50 |
| 02/23/23 | CHECKCARD  0222 ELDORADO CANYON TOURS NELSON      NV 24055233054206567700041 CKCD 7999 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -45.00 |

| | | |
|---|---|---|
| **Subtotal for card account # XXXX XXXX XXXX 9798** | | **-$1,955.34** |
| **Total withdrawals and other debits** | | **-$4,641.02** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 02/14/23 | 5224 | -500.00 | 02/17/23 | 5226* | -100.00 |
| | | | **Total checks** | | **-$600.00** |
| | | | **Total # of checks** | | **2** |

\* There is a gap in sequential check numbers

ALS000109



# BANK OF AMERICA

# Your checking account

ALS PROPERTY HOLDINGS, LLC   |   Account #  _____   |   February 1, 2023 to February 28, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○    $15,000+ combined average monthly balance in linked business accounts has not been met

✓    Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | | Amount |
|---|---|---|---|
| 02/08/23 | Wire Transfer Fee | | -45.00 |
| 02/16/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-16 | | -10.00 |
| 02/16/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-16 | | -10.00 |
| 02/21/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-21 | | -10.00 |
| 02/21/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 02-21 | | -10.00 |
| 02/22/23 | EFT        02/22 #000632550 WITHDRWL EFT        Henderson    NV | | -2.50 |
| | FEE CKCD    XXXXXXXXXXXX9798 | | |

**Total service fees**                                                                                                  **-$87.50**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 1,218.84 | 02/09 | 1,504.71 | 02/21 | -72.57 |
| 02/03 | 2,318.84 | 02/13 | 1,245.78 | 02/22 | 740.26 |
| 02/06 | 1,845.89 | 02/14 | 725.78 | 02/23 | 695.26 |
| 02/07 | 1,640.36 | 02/16 | -574.25 | 02/27 | 1,995.26 |
| 02/08 | 444.70 | 02/17 | 20.14 | 02/28 | 1,521.57 |

254

ALS000110

Page 5 of 8

This page intentionally left blank

255

ALS000111

# BANK OF AMERICA

ALS PROPERTY HOLDINGS, LLC   |   Account #███████   |   February 1, 2023 to February 28, 2023

## Check images

**Account number:** ███████
Check number: 5224   |   Amount: $500.00

Check number: 5226   |   Amount: $100.00



ALS000112

Page 7 of 8

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Here is what you need to know about changes related to ATM and Debit Card fees.**

- On September 19, 2022, we stopped charging a $5 Replacement ATM/Debit Card Fee if your card needs to be replaced.

- Starting May 23, 2023, we will stop charging an International Transaction Fee when an international purchase is processed in U.S. dollars.

  International purchases processed in a foreign currency will continue to be charged an International Transaction Fee equal to 3% of the U.S. dollar amount of the transaction.

- Starting May 20, 2023, we will no longer waive the $15 Rush Replacement ATM/Debit Card Fee for Business Advantage Relationship Banking accounts.

  Rush Replacement ATM/Debit Card Fees will continue to be waived for members enrolled in Preferred Rewards for Business (Footnote 1). Visit bankofamerica.com/RewardsforBusiness to learn about Preferred Rewards and additional pricing benefits available to members.

  Good news – a temporary digital version of your debit card may be available to business owners. If you prefer to avoid the fee for rush delivery, consider creating a digital card for debit, at no cost, while you wait. You need to be enrolled in Mobile Banking (Footnote 2) to replace your debit card using our mobile app. Just tap the "Menu" option, select "Manage Debit Card", and follow the instructions to temporarily replace your card – if you are eligible, you are given the option to create a digital card for debit.

(Footnote 1) The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.

(Footnote 2) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

257

ALS000113



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ALS PROPERTY HOLDINGS, LLC
782 GLISTENING LIGHT CT
HENDERSON, NV  89052-8746

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

🖳  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Gold

for January 1, 2023 to January 31, 2023

Account number: ███████████

**ALS PROPERTY HOLDINGS, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2023 | $3,789.22 | # of deposits/credits: 6 |
| Deposits and other credits | 12,007.00 | # of withdrawals/debits: 51 |
| Withdrawals and other debits | -10,076.13 | # of items-previous cycle[1]: 5 |
| Checks | -4,425.00 | # of days in cycle: 31 |
| Service fees | -35.00 | Average ledger balance: $1,129.72 |
| **Ending balance on January 31, 2023** | **$1,260.09** | [1]Includes checks paid, deposited items and other debits |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

258

ALS000114

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

ALS000115

Page 2 of 8



# BANK OF AMERICA

**Your checking account**

ALS PROPERTY HOLDINGS, LLC  |  Account #█████████  |  January 1, 2023 to January 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/03/23 | SNRHA        DES:S8 ACH    ID:XXXXXXXXX INDN:ALS PROPERTY HOLDINGS, CO ID:6270910670 CCD | 1,217.00 |
| 01/05/23 | Online Banking Transfer Conf# ikfy64ywo; JOO, YEONG | 1,100.00 |
| 01/12/23 | NV TLR transfer | 1,190.00 |
| 01/23/23 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-20) | 3,200.00 |
| 01/27/23 | Online Banking transfer from CHK 0959 Confirmation# 4481435626 | 4,000.00 |
| 01/27/23 | Counter Credit | 1,300.00 |
| **Total deposits and other credits** | | **$12,007.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/04/23 | PAYPAL        DES:INST XFER  ID:1024478852321  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -300.00 |
| 01/04/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2236541258720  INDN:ALS PROPERTY HOLDINGS   CO ID:4880085720 CCD | -52.47 |
| 01/04/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -21.60 |
| 01/04/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR HUL  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -14.99 |
| 01/05/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM        CO ID:PAYPALSI77 WEB | -4.89 |
| 01/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-L2C9I8X0I5Z0  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -172.95 |
| 01/06/23 | ATGPay Online Pa DES:ATGPay Onl ID:ST-G3N0D2I9O3F7  INDN:ALS PROPERTY HOLDINGS   CO ID:4270465600 WEB | -132.95 |
| 01/09/23 | Zelle Transfer Conf# d8z8gj1g4; Alderman, Dennis | -900.00 |
| 01/09/23 | Online Banking transfer to CHK 0959 Confirmation# 2013174081 | -400.00 |
| 01/09/23 | Zelle Transfer Conf# hfz287bun; Alderman, Dennis | -268.00 |
| 01/09/23 | COX COMM LAS    DES: BANKDRAFT ID:476076223904001  INDN:ALS Property Holdings  CO ID:1582406705 PPD | -108.66 |

*continued on the next page*



# Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

260

SSM-10-22-0070.C  |  4968844

ALS000116

Page 3 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #█████████████   |   January 1, 2023 to January 31, 2023

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:34002016  INDN:leesoo ahn<br>WEB | CO ID:HOAPAYMENT | -21.00 |
| 01/10/23 | HIGHLAND MAINT T DES:Assn Dues  ID:34002017  INDN:leesoo ahn<br>WEB | CO ID:HOAPAYMENT | -21.00 |
| 01/11/23 | Sterling Court H DES:L3232308  ID:O36662951975  INDN:Als Property Holdings  CO<br>ID:1710914481 PPD | | -109.04 |
| 01/11/23 | PAYPAL        DES:INST XFER  ID:PP ROKU FOR CBS  INDN:HONGJUN EOM        CO<br>ID:PAYPALSI77 WEB | | -9.99 |
| 01/12/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -54.79 |
| 01/12/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -10.55 |
| 01/17/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -51.26 |
| 01/17/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -10.30 |
| 01/18/23 | Zelle Transfer Conf# gsg9qy8ep; Chung, Yeon-Kyung | | -500.00 |
| 01/20/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -22.97 |
| 01/20/23 | PAYPAL        DES:INST XFER  ID:UBER EATS  INDN:HONGJUN EOM<br>WEB | CO ID:PAYPALSI77 | -4.63 |
| 01/26/23 | SOUTHWEST GAS   DES:PAYMENT    ID:B2302542379249  INDN:ALS PROPERTY HOLDINGS   CO<br>ID:4880085720 CCD | | -209.11 |
| 01/27/23 | TRANSFER ALS PROPERTY HOLDING:ALS Property Holding Confirmation# 1582124227 | | -3,200.00 |
| 01/27/23 | Zelle Transfer Conf# mktm2lstr; Alderman, Dennis | | -200.00 |
| 01/30/23 | NV ENERGY SOUTH DES:NPC PYMT   ID:030033152339267  INDN:ALS PROPERTY HOLDINGS,<br>CO ID:1880045330 WEB | | -244.57 |

Card account # XXXX XXXX XXXX 2328

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/23 | CHECKCARD  1231 OYO LAS VEGAS HOTEL AND LAS VEGAS    NV 24755423001730019463449<br>CKCD 7.011 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -112.88 |
| 01/05/23 | CHECKCARD  0104 99-CENTS-ONLY #147 LAS VEGAS    NV 24445003005000834468078 CKCD<br>5411 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -23.00 |
| 01/05/23 | LOWE'S #1719    01/05 #000170735 PURCHASE LOWE'S #1719     LAS VEGAS    NV | -10.82 |
| 01/06/23 | CHECKCARD  0105 PROGRESSIVE *INSURANCE 800-776-4737 OH 24692163005106081462086<br>CKCD 6300 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -180.60 |
| 01/11/23 | CHECKCARD  0110 CONOCO - GAS & FOOD MAR LAS VEGAS    NV 24034543010001083871835<br>CKCD 5542 XXXXXXXXXXXX2328 XXXX XXXX XXXX 2328 | -81.35 |
| 01/27/23 | CHECKCARD  0127 ARCO #42370 AM LAS VEGAS    NV CKCD 5542 XXXXXXXXXXXX2328 XXXX<br>XXXX XXXX 2328 | -88.94 |

**Subtotal for card account # XXXX XXXX XXXX 2328**                                  **-$497.59**

Card account # XXXX XXXX XXXX 9798

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/23 | INTERNATIONAL   12/31 #000005556 PURCHASE INTERNATIONAL MAR  LAS VEGAS      NV | -239.79 |
| 01/03/23 | INTERNATIONAL   12/31 #000005633 PURCHASE INTERNATIONAL MAR  LAS VEGAS    NV | -101.54 |
| 01/03/23 | COSTCO WHSE #0  01/02 #000419835 PURCHASE COSTCO WHSE #0563  LAS VEGAS    NV | -1,862.82 |
| 01/11/23 | REBEL #2142    01/10 #000102112 PURCHASE REBEL #2142     LAS VEGAS    NV | -15.16 |
| 01/13/23 | CHECKCARD  0112 COFHENDERSON/UTILITY SV 702-267-5900 NV<br>24492153013206499103182 CKCD 4900 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -93.64 |
| 01/17/23 | CHECKCARD  0116 CHOICE HOME WARRANTY 888-5315403  NJ 24037613016900011713955<br>CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |

continued on the next page

ALS000117

261

Your checking account

**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC   |   Account #  ⬛⬛⬛⬛⬛   |   January 1, 2023 to January 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/17/23 | CHECKCARD  0116 CHOICE HOME WARRANTY 888-5315403  NJ 24037613016900011706587 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| 01/17/23 | CHECKCARD  0116 CHOICE HOME WARRANTY 888-5315403  NJ 24037613016900011714037 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -66.39 |
| 01/17/23 | CHECKCARD  0116 CHOICE HOME WARRANTY 888-5315403  NJ 24037613016900011714847 CKCD 6300 XXXXXXXXXXXX9798 XXXX XXXX XXXX 9798 | -51.16 |
| Subtotal for card account # XXXX XXXX XXXX 9798 | | -$2,532.82 |
| **Total withdrawals and other debits** | | **-$10,076.13** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 01/03/23 | 124 | -425.00 | 01/20/23 | 5221 | -3,200.00 |
| 01/03/23 | 5219* | -100.00 | 01/19/23 | 5222 | -100.00 |
| 01/10/23 | 5220 | -500.00 | 01/31/23 | 5223 | -100.00 |
| | | | **Total checks** | | **-$4,425.00** |
| | | | **Total # of checks** | | **6** |

\*   There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $30.00 | $30.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

-   Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
-   Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 12/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

continued on the next page
262

ALS000118

Page 5 of 8

ALS PROPERTY HOLDINGS, LLC   |   Account #████████   |   January 1, 2023 to January 31, 2023

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/11/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-11 | -10.00 |
| 01/11/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-11 | -10.00 |
| 01/26/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 01-26 | -10.00 |
| 01/30/23 | External transfer fee - Next Day - 01/27/2023 | -5.00 |
| **Total service fees** | | **-$35.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | 3,789.22 | 01/11 | -104.28 | 01/20 | -3,182.29 |
| 01/03 | 2,164.19 | 01/12 | 1,020.38 | 01/23 | 17.71 |
| 01/04 | 1,775.13 | 01/13 | 926.74 | 01/26 | -201.40 |
| 01/05 | 2,836.42 | 01/17 | 645.31 | 01/27 | 1,609.66 |
| 01/06 | 2,349.92 | 01/18 | 145.31 | 01/30 | 1,360.09 |
| 01/09 | 673.26 | 01/19 | 45.31 | 01/31 | 1,260.09 |
| 01/10 | 131.26 | | | | |

ALS000119

Page 6 of 8



**BANK OF AMERICA**

ALS PROPERTY HOLDINGS, LLC    |    Account #　　　　　　　|    January 1, 2023 to January 31, 2023

## Check images

**Account number:**

Check number: 124   |   Amount: $425.00



Check number: 5219   |   Amount: $100.00



Check number: 5220   |   Amount: $500.00



Check number: 5222   |   Amount: $100.00



Check number: 5223   |   Amount: $100.00



264

ALS000120

Page 7 of 8

This page intentionally left blank

265

ALS000121

# EXHIBIT 17

**Excerpts of Bank Statements for Soom
Kimchi's Bank of America Account
Ending 6395**



Reference number
D071124000657
Court case number
A-24-889923-B
Court or issuer
GREENBERG TRAURIG LLP
Court case name:
DUKE PARK

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, James Peter, who, being duly sworn by me, deposes and says as follows:

1. <u>Authority</u>

   I, James Peter, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this Declaration.

2. <u>Records</u>

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| SOOM KIMCHI | 6395 | Signature card, Statements, Wires | 2023-01 - 2024-06 |

3. <u>Production</u>

   X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   OR

   _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4. I declare under penalty of perjury that the foregoing is true and correct.

   Date:__07/25/2024_____   Signature: __JAMES PETER__ Digitally signed by JAMES PETER
   Date: 2024.07.25 10:38:47 -04'00'

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

267

BANK OF AMERICA - 000001
LGLDEPDOC00-65-5248NSBWD071124000657

## Invoice

**Bank Of America**
**Legal Order Processing**
DE5-024-02-08
PO Box 15047
Wilmington, DE 19850-5047
213-580-0702

**_BILL TO_**

GREENBERG TRAURIG LLP
KARA B. HENDRICKS
10845 GRFFITH PEAK DRIVE, SUITE 600
LAS VEGAS, NV 89135

| | |
|---|---|
| **Case # :** | D071124000657 |
| **Invoice Id :** | Invoice - 853999 |
| **Date of Invoice :** | 7/25/2024 |
| **Court Case Name :** | DUKE PARK |
| **Court Case # :** | A-24-889923-B |
| **EIN:** 94-█████ | |

## Invoice Details

| Quantity | Description of services/Financial Records Provided | Cost Per Item | Extended Amount |
|---|---|---|---|
| 0 | Copies of Checks | 0.00 | $0.00 |
| 92 | Copies of Statements Pages | 0.00 | $0.00 |
| 1 | Copies of Documents | 0.00 | $0.00 |
| 0 | Copies of Deposits | 0.00 | $0.00 |
| 0 | Copies of Offset | 0.00 | $0.00 |
| 0 | Copies of Account Records and Loan Documents | 0.00 | $0.00 |
| 0 | Copies of Complete Loan Files | 0.00 | $0.00 |
| 0.00 | Supervisor Time | 0.00 | $0.00 |
| 1.00 | Generalist Time | 20.00 | $20.00 |
| 0.00 | Witness Hours Amount | 0.00 | $0.00 |
| 0.00 | Mileage Amount | 0.00 | $0.00 |
| | Postage Amount | | $0.00 |
| | Media Cost | | $0.00 |
| | Other | | $0.00 |
| | Sub Total | | $20.00 |
| | Less Deposits/Payments Received | | $0.00 |
| | Refund | | $0.00 |
| | Amount due on Receipt | | $20.00 |

**Invoice Remarks:**

**Payment Options**

| BY MAIL | Please remit payment to **Bank Of America Legal Order Processing** via Check or Cashier's Check **Only** and mail to: PO Box 15047, Wilmington, DE 198505047 |
|---|---|
| | Case Number : D071124000657 |
| **ELECTRONIC PAYMENT** | Government Agencies only |

268

BANK OF AMERICA - 000002



**BANK OF AMERICA**

**Business Advantage**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✍️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

# Your Business Advantage Fundamentals™ Banking

for June 1, 2024 to June 30, 2024                                    Account number: ████████ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on June 1, 2024 | $37.87 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 | |
| Withdrawals and other debits | -15.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -16.00 | Average ledger balance: $17.43 | |
| **Ending balance on June 30, 2024** | **$6.87** | [1]Includes checks paid, deposited items and other debits | |



You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ashley Vargas
248.963.8231
ashley.vargas@bofa.com

269

SSM-09-23-0714.B  |  5972504

BANK OF AMERICA - 000004

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: NV

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

270



**Your checking account**

SOOM KIMCHI | Account # ████ 6395 | June 1, 2024 to June 30, 2024

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/20/24 | Online Banking Transfer Conf# poeu77uz0; Park | -15.00 |
| **Total withdrawals and other debits** | | **-$15.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/24, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/03/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 37.87 | 06/03 | 21.87 | 06/20 | 6.87 |

**BUSINESS ADVANTAGE**

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

271

BANK OF AMERICA - 000006

Page 4 of 4

This page intentionally left blank

272

BANK OF AMERICA - 000007

 **BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

▯  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for May 1, 2024 to May 31, 2024                Account number: ▮▮▮▮▮ 6395
**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2024 | $3.87 | # of deposits/credits: 1 |
| Deposits and other credits | 50.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $29.80 |
| **Ending balance on May 31, 2024** | **$37.87** | [1]*Includes checks paid, deposited items and other debits* |

 You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ashley Vargas
248.963.8231
ashley.vargas@bofa.com

SSM-09-23-0714.B | 5972504

273

BANK OF AMERICA - 000008

PULL: E  CYCLE: 44  SPEC: E  DELIVERY: E  TYPE:    IMAGE: I   BC: NV

SOOM KIMCHI   |   Account # ████████ 6395   |   May 1, 2024 to May 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

274

BANK OF AMERICA - 000009

Page 2 of 4



**Your checking account**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/06/24 | Online Banking Transfer Conf# kooa0i2gc; PARK, DUKE | 50.00 |
| **Total deposits and other credits** | | **$50.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 04/30/24, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ◯  $250+ in new net purchases on a linked Business debit card
- ◯  $5,000+ combined average monthly balance in linked business accounts
- ◯  Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/01/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 05/01 | -12.13 | 05/06 | 37.87 |

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809.G.I 5695732

275

BANK OF AMERICA - 000010

Page 4 of 4

This page intentionally left blank

276

BANK OF AMERICA - 000011



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

# Your Business Advantage Fundamentals™ Banking

for April 1, 2024 to April 30, 2024                                   Account number: ▮▮▮▮▮▮ 6395

**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2024 | $29.87 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -10.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -16.00 | Average ledger balance: $11.53 |
| **Ending balance on April 30, 2024** | **$3.87** | [1]*Includes checks paid, deposited items and other debits* |

You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ashley Vargas
248.963.8231
ashley.vargas@bofa.com

277

SSM-09-23-0714.B | 5972504

BANK OF AMERICA - 000012

PULL: E   CYCLE: 44   SPEC: E   DELIVERY: E   TYPE:    IMAGE: I   BC: NV

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

278



**Your checking account**

SOOM KIMCHI   |   Account #████████6395   |   April 1, 2024 to April 30, 2024

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/24/24 | Online Banking Transfer Conf# mhb78eo1m; Park | -10.00 |
| **Total withdrawals and other debits** | | **-$10.00** |

# Service fees

Based on the activity on your business accounts for the statement period ending 03/29/24, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/01/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 04/01 | 13.87 | 04/24 | 3.87 |

**BUSINESS ADVANTAGE**

View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B  |  6019109

279

BANK OF AMERICA - 000014

This page intentionally left blank

280

BANK OF AMERICA - 000015



P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for March 1, 2024 to March 31, 2024                           Account number: ▮▮▮▮ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2024 | $45.87 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -16.00 | Average ledger balance: $29.87 | |
| **Ending balance on March 31, 2024** | **$29.87** | [1]Includes checks paid, deposited items and other debits | |



## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                    SSM-09-23-0692.A  |  6039180

281

BANK OF AMERICA - 000016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

282

**BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI  |  Account # ▇▇▇▇ 6395  |  **March 1, 2024 to March 31, 2024**

## Service fees

Based on the activity on your business accounts for the statement period ending 02/29/24, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/01/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 03/01 | 29.87 |

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-23-0816.B  |  5836705

283

BANK OF AMERICA - 000018

This page intentionally left blank

284

BANK OF AMERICA - 000019

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

- Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

- Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.

285

BANK OF AMERICA - 000020

This page intentionally left blank

286

BANK OF AMERICA - 000021



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for February 1, 2024 to February 29, 2024

Account number: ▉▉▉▉ 6395

**SOOM KIMCHI**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2024 | $61.87 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on February 29, 2024** | **$45.87** |

# of deposits/credits: 0

# of withdrawals/debits: 1

# of items-previous cycle[1]: 0

# of days in cycle: 29

Average ledger balance: $45.87

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

287

BANK OF AMERICA - 000022



SOOM KIMCHI  |  Account # ███████ 6395  |  February 1, 2024 to February 29, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

288

BANK OF AMERICA - 000023



**Your checking account**

SOOM KIMCHI   |   Account #███████ 6395   |   February 1, 2024 to February 29, 2024

## Service fees

Based on the activity on your business accounts for the statement period ending 01/31/24, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

◯ $250+ in new net purchases on a linked Business debit card

◯ $5,000+ combined average monthly balance in linked business accounts

◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 02/01/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 02/01 | 45.87 |



## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.          SSM-09-23-0692.A | 6039180

289

BANK OF AMERICA - 000024

This page intentionally left blank

290

BANK OF AMERICA - 000025


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for January 1, 2024 to January 31, 2024                          Account number: ▮▮▮▮ 6395
**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2024 | $27.87 | # of deposits/credits: 1 |
| Deposits and other credits | 950.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -900.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $60.77 |
| **Ending balance on January 31, 2024** | **$61.87** | [1]*Includes checks paid, deposited items and other debits* |


You've got a banking partner ready to help.

As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Yasmin Aguilar
702.930.3928
ky.aguilar@bofa.com

SSM-09-23-0714.B | 5972504

291

BANK OF AMERICA - 000026

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

292

BANK OF AMERICA - 000027



**Your checking account**

SOOM KIMCHI  |  Account # ████ 6395  |  January 1, 2024 to January 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/26/24 | Online Banking Transfer Conf# uqea9y28n; PARK, DUKE | 950.00 |
| **Total deposits and other credits** | | **$950.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/26/24 | Online Banking Transfer Conf# rurdf1uav; Park | -500.00 |
| 01/29/24 | Online Banking Transfer Conf# ofgz0eu31; Park | -400.00 |
| **Total withdrawals and other debits** | | **-$900.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 12/29/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○  $250+ in new net purchases on a linked Business debit card

○  $5,000+ combined average monthly balance in linked business accounts

○  Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 01/02/24 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 27.87 | 01/26 | 461.87 | 01/29 | 61.87 |
| 01/02 | 11.87 | | | | |

## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692.A  |  6039180

293

BANK OF AMERICA - 000028

This page intentionally left blank

294

BANK OF AMERICA - 000029

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Good news!
**We no longer charge these service fees — here are the details.**

- **Legal Order Process Fee**
  On October 16, 2023, we stopped charging a fee for each legal order or process that directs us to freeze, attach or withhold funds or other property.

- **Check Image Service Fee**
  On November 6, 2023, we stopped charging a fee for returning images of canceled checks with statements sent in the mail.

In addition, we stopped charging these service fees on December 11, 2023:

- **Check and Statement Copy Fees**
  For ordering one or more copies of your checks or statements

- **Deposit Slips and other Credit Item Copies**
  For ordering one or more copies of your deposit slips or credit items

- **ATM Balance Inquiry Fees**
  For requesting an account balance at a non-Bank of America ATM in the U.S. or in a foreign country

- **NY Protest Fee**
  For New York residents filing a certificate of protest when a payment instrument has not been honored

- **Bond Coupon Collection Fees**
  For debt obligations with coupons that represent semiannual interest payments

295

This page intentionally left blank

296

This page intentionally left blank

297

BANK OF AMERICA - 000032

This page intentionally left blank

298



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for December 1, 2023 to December 31, 2023                    Account number: ▮▮▮ 6395
**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2023 | $93.87 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -50.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $58.51 |
| **Ending balance on December 31, 2023** | **$27.87** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B | 4878896

299

BANK OF AMERICA - 000034



SOOM KIMCHI  |  Account #██████ 6395  |  December 1, 2023 to December 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

300

BANK OF AMERICA - 000035



**Your checking account**

SOOM KIMCHI  |  Account # ▉▉▉▉ 6395  |  December 1, 2023 to December 31, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/20/23 | Online Banking Transfer Conf# q7fga8awx; Park | -50.00 |
| **Total withdrawals and other debits** | | **-$50.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 11/30/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 12/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|---|---|---|---|
| 12/01 | 77.87 | 12/20 | 27.87 |



BANK OF AMERICA BUSINESS ADVANTAGE

Fraud prevention:
**We're here to help**

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.       SSM-01-23-2588.B  |  5422885

301

BANK OF AMERICA - 000036

This page intentionally left blank

302

BANK OF AMERICA - 000037



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for November 1, 2023 to November 30, 2023          Account number: ▮▮▮▮ 6395

**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2023 | $9.87 | # of deposits/credits: 1 |
| Deposits and other credits | 500.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -400.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -16.00 | Average ledger balance: $383.87 |
| **Ending balance on November 30, 2023** | **$93.87** | [1]*Includes checks paid, deposited items and other debits* |



## Can you spot a scam?    Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B  |  5449173

303

 

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

304

BANK OF AMERICA - 000039

**BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI  |  Account # ████ 6395  |  November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/02/23 | Online Banking Transfer Conf# k22m6bu3s; PARK, DUKE | 500.00 |
| **Total deposits and other credits** | | **$500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/24/23 | Online Banking Transfer Conf# opumdo18i; Park | -400.00 |
| **Total withdrawals and other debits** | | **-$400.00** |

## Service fees

Based on the activity on your business accounts for the statement period ending 10/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○  $250+ in new net purchases on a linked Business debit card

○  $5,000+ combined average monthly balance in linked business accounts

○  Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | -6.13 | 11/02 | 493.87 | 11/24 | 93.87 |

**BUSINESS ADVANTAGE**

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B  |  4878896

305

BANK OF AMERICA - 000040

This page intentionally left blank

306

This page intentionally left blank

307

This page intentionally left blank

308



**BANK OF AMERICA**

Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

# Your Business Advantage Fundamentals™ Banking

for October 1, 2023 to October 31, 2023                  Account number: ▮▮▮▮ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on October 1, 2023 | $25.87 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 | |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -16.00 | Average ledger balance: $10.38 | |
| **Ending balance on October 31, 2023** | **$9.87** | [1]*Includes checks paid, deposited items and other debits* | |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B  |  4878896

309



BANK OF AMERICA - 000044

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

310

BANK OF AMERICA - 000045

**BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI  |  Account # ▮▮▮▮▮▮ 6395  |  **October 1, 2023 to October 31, 2023**

## Service fees

Based on the activity on your business accounts for the statement period ending 09/29/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $5,000+ combined average monthly balance in linked business accounts
- ◯ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 10/02/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|-----------|
| 10/01 | 25.87 | 10/02 | 9.87 |

---

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. | SSM-05-23-0809.G | 5695732

BANK OF AMERICA - 000046

This page intentionally left blank

312


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

# Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for September 1, 2023 to September 30, 2023          Account number: ▓▓▓▓ 6395

**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $25.87 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $25.87 |
| **Ending balance on September 30, 2023** | **$25.87** | [1]*Includes checks paid, deposited items and other debits* |



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A  I  5197654

313

BANK OF AMERICA - 000048

SOOM KIMCHI  |  Account #■■■■■ 6395  |  September 1, 2023 to September 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

314

BANK OF AMERICA - 000049



**Your checking account**

SOOM KIMCHI   |   Account # ███████ 6395   |   September 1, 2023 to September 30, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 08/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○  $250+ in new net purchases on a linked Business debit card has not been met
- ✓  $5,000+ combined average monthly balance in linked business accounts has been met
- ○  Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
| --- | --- |
| 09/01 | 25.87 |

BANK OF AMERICA BUSINESS ADVANTAGE

### Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B  |  5421083

BANK OF AMERICA - 000050

This page intentionally left blank

316

This page intentionally left blank

317

This page intentionally left blank

318

 **BANK OF AMERICA** 

Business Advantage

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for August 1, 2023 to August 31, 2023

Account number: ▓▓▓▓ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2023 | $12,099.22 | # of deposits/credits: | 6 |
| Deposits and other credits | 40,700.00 | # of withdrawals/debits: | 15 |
| Withdrawals and other debits | -52,773.35 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 31 |
| Service fees | -0.00 | Average ledger balance: $5,233.82 | |
| **Ending balance on August 31, 2023** | **$25.87** | [1]*Includes checks paid, deposited items and other debits* | |

 Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.



SSM-02-23-0509.C  |  5471548

319

BANK OF AMERICA - 000054

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

320

BANK OF AMERICA - 000055

 **BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI   |   Account # ▮▮▮▮▮ 6395   |   August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | Online Banking Transfer Conf# jxujb6rpy; ALS PROPERTY HOLDINGS, LLC | 25,000.00 |
| 08/11/23 | Online Banking Transfer Conf# rztbbj759; ALS PROPERTY HOLDINGS, LLC | 10,000.00 |
| 08/11/23 | Online Banking Transfer Conf# rftj37s9j; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 2,000.00 |
| 08/14/23 | Online Banking Transfer Conf# nqr42pp5y; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 2,000.00 |
| 08/14/23 | Online Banking Transfer Conf# lqbde2b2f; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 1,200.00 |
| 08/17/23 | Online Banking Transfer Conf# jagn8rb42; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 500.00 |
| **Total deposits and other credits** | | **$40,700.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 08/03/23 | Online Banking Transfer Conf# mdobh8661; baik | -3,843.35 |
| 08/04/23 | Online Banking Transfer Conf# omtsyz0yt; Yi | -8,000.00 |
| 08/07/23 | Online Banking Transfer Conf# m9i0azrxo; ALS PROPERTY HOLDINGS, LLC | -11,000.00 |
| 08/07/23 | Online Banking Transfer Conf# qza3om0qm; Park | -1,000.00 |
| 08/07/23 | Online Banking Transfer Conf# o8aw8ae1a; Park | -1,000.00 |
| 08/07/23 | Online Banking Transfer Conf# lz906z0l6; Yi | -5,000.00 |
| 08/08/23 | Online Banking Transfer Conf# nnyit7lko; Park | -1,000.00 |
| 08/10/23 | Online Banking Transfer Conf# kjwhy5xkn; Park | -2,000.00 |
| 08/10/23 | Online Banking Transfer Conf# n9rfrrkvs; ALS PROPERTY HOLDINGS, LLC | -3,500.00 |
| 08/11/23 | Online Banking Transfer Conf# okg9iiqx2; Yi | -10,500.00 |
| 08/14/23 | Online Banking Transfer Conf# bfarg9hsj; Park | -1,500.00 |
| 08/14/23 | Online Banking Transfer Conf# knthgptfe; ALS PROPERTY HOLDINGS, LLC | -3,800.00 |
| 08/17/23 | Online Banking Transfer Conf# qivn9sig0; Park | -150.00 |

*continued on the next page*

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



SSM-01-23-2637.B | 5421106

321

BANK OF AMERICA - 000056

SOOM KIMCHI  |  Account # ██████ 6395  |  August 1, 2023 to August 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/17/23 | Online Banking Transfer Conf# mljciixes; Park | -400.00 |
| 08/28/23 | Online Banking Transfer Conf# rrxq09nef; Park | -80.00 |
| **Total withdrawals and other debits** | | **-$52,773.35** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $250+ in new net purchases on a linked Business debit card has not been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

○ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 12,099.22 | 08/08 | 6,255.87 | 08/14 | 155.87 |
| 08/03 | 33,255.87 | 08/10 | 755.87 | 08/17 | 105.87 |
| 08/04 | 25,255.87 | 08/11 | 2,255.87 | 08/28 | 25.87 |
| 08/07 | 7,255.87 | | | | |

322

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

323

BANK OF AMERICA - 000058

This page intentionally left blank

324

BANK OF AMERICA - 000059



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

## Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for July 1, 2023 to July 31, 2023                    Account number: ▇▇▇▇ 6395

**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2023 | $47,310.22 | # of deposits/credits: 4 |
| Deposits and other credits | 38,200.00 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -73,365.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -46.00 | Average ledger balance: $17,316.70 |
| **Ending balance on July 31, 2023** | **$12,099.22** | [1]Includes checks paid, deposited items and other debits |

**REMEMBER**

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Yasmin Aguilar
702.930.3928
ky.aguilar@bofa.com

325

SSM-08-22-0105.B | 4878868

BANK OF AMERICA - 000060

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

326

BANK OF AMERICA - 000061



**Your checking account**

SOOM KIMCHI  |  Account # ▇▇▇▇ 6395  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/20/23 | Online Banking Transfer Conf# j03tyl5v0; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 20,000.00 |
| 07/28/23 | Online Banking Transfer Conf# px3rputl3; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 5,000.00 |
| 07/28/23 | Online Banking Transfer Conf# rqyjy6c7w; PARK, DUKE | 200.00 |
| 07/31/23 | Online Banking Transfer Conf# qmkjzw0bd; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 13,000.00 |
| **Total deposits and other credits** | | **$38,200.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/23 | Online Banking Transfer Conf# kh9tj8zme; Park | -5,000.00 |
| 07/03/23 | Online Banking Transfer Conf# l7zvxdewb; Yi | -10,000.00 |
| 07/10/23 | Online Banking Transfer Conf# a00jstad3; Park | -1,000.00 |
| 07/10/23 | Online Banking Transfer Conf# mb0g8dxpa; Yi | -10,000.00 |
| 07/10/23 | Online Banking Transfer Conf# kon34uhgb; Park | -5,000.00 |
| 07/11/23 | Online Banking Transfer Conf# qvw1cz3c9; Park | -1,000.00 |
| 07/13/23 | Online Banking Transfer Conf# ki2g2nlbi; Park | -2,000.00 |
| 07/17/23 | Online Banking Transfer Conf# a9aswpz8o; Park | -1,000.00 |
| 07/17/23 | Online Banking Transfer Conf# a0mh6mpy3; Park | -7,000.00 |
| 07/20/23 | Online Banking Transfer Conf# m9fs7jqi3; Yi | -5,000.00 |
| 07/20/23 | Online Banking Transfer Conf# lfko0y29x; Yi | -1,000.00 |
| 07/20/23 | WIRE TYPE:INTL OUT DATE:230720 TIME:1305 ET TRN:2023072000370481 SERVICE REF:334050 BNF:ZHENGZHOU WENMING MACHINER ID:705093122 BNF BK:CITIBANK N.A. ID:CITIHKHX PMT DET:447574934  POP OTHER/SHIPPING CHARGE | -840.00 |
| 07/21/23 | Online Banking Transfer Conf# k3jmdsyf1; Park | -3,000.00 |
| 07/24/23 | Online Banking Transfer Conf# obhto9703; Yi | -7,000.00 |
| 07/25/23 | Online Banking Transfer Conf# r12kqawaa; Park | -2,000.00 |

*continued on the next page*




## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-12-22-0030.A  I  5197654

Security Center

Enhanced | Advanced

Standard | High

High security
4 features to Highest

327

BANK OF AMERICA - 000062

SOOM KIMCHI   |   Account #⬛⬛⬛⬛⬛   |   July 1, 2023 to July 31, 2023

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 07/26/23 | Online Banking Transfer Conf# rmjh7pr2z; EUM | -1,425.00 |
| 07/27/23 | Online Banking Transfer Conf# n3xt18w1k; Park | -2,000.00 |
| 07/28/23 | Online Banking Transfer Conf# n6owqlpag; Yi | -8,000.00 |
| 07/28/23 | Online Banking Transfer Conf# naf568git; Park | -100.00 |
| 07/31/23 | Online Banking Transfer Conf# rl6f1uwax; Park | -1,000.00 |
| **Total withdrawals and other debits** | | **-$73,365.00** |

# Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 07/03/23 | External transfer fee - 3 Day -   06/30/2023 | -1.00 |
| 07/20/23 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$46.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-----------:|------|----------:|------|-----------:|
| 07/01 | 47,310.22 | 07/17 | 5,309.22 | 07/26 | 4,999.22 |
| 07/03 | 32,309.22 | 07/20 | 18,424.22 | 07/27 | 2,999.22 |
| 07/10 | 16,309.22 | 07/21 | 15,424.22 | 07/28 | 99.22 |
| 07/11 | 15,309.22 | 07/24 | 8,424.22 | 07/31 | 12,099.22 |
| 07/13 | 13,309.22 | 07/25 | 6,424.22 | | |

This page intentionally left blank

329

This page intentionally left blank

330


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
7225 BERMUDA RD STE E
LAS VEGAS, NV  89119-4300

# Your Business Advantage Fundamentals™ Banking

for June 1, 2023 to June 30, 2023                    Account number: ▮▮▮▮4 6395
**SOOM KIMCHI**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $14,275.87 | # of deposits/credits: 4 |
| Deposits and other credits | 138,000.00 | # of withdrawals/debits: 28 |
| Withdrawals and other debits | -104,899.65 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -66.00 | Average ledger balance: $42,986.15 |
| **Ending balance on June 30, 2023** | **$47,310.22** | [1]Includes checks paid, deposited items and other debits |

| | |
|---|---|
| **REMEMBER** | BUSINESS ADVANTAGE |
| You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Yasmin Aguilar 702.930.3928 ky.aguilar@bofa.com |
| | SSM-08-22-0105.B  |  4878868 |

331

BANK OF AMERICA - 000066

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

332

BANK OF AMERICA - 000067

**Your checking account**



SOOM KIMCHI  |  Account #⬛⬛⬛⬛⬛ 6395  |  June 1, 2023 to June 30, 2023

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 06/06/23 | Online Banking Transfer Conf# pejihar2v; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 20,000.00 |
| 06/08/23 | NV TLR transfer | 68,000.00 |
| 06/22/23 | Online Banking Transfer Conf# lpbfwavm6; PARK, DUKE | 25,000.00 |
| 06/26/23 | Online Banking Transfer Conf# f4c94haty; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 25,000.00 |
| **Total deposits and other credits** | | **$138,000.00** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/01/23 | Online Banking Transfer Conf# l1b5fvvhu; Park | -4,000.00 |
| 06/01/23 | NV TLR cash withdrawal from CHK 6395 | -2,353.00 |
| 06/02/23 | Online Banking Transfer Conf# mwppjc11s; Park | -1,000.00 |
| 06/02/23 | Online Banking Transfer Conf# rixh45gvz; Yi | -3,000.00 |
| 06/02/23 | Online Banking Transfer Conf# nxlgqz80p; Park | -2,000.00 |
| 06/07/23 | Online Banking Transfer Conf# l2cmo5cmb; Park | -10,000.00 |
| 06/08/23 | NV TLR cash withdrawal from CHK 6395 | -10,000.00 |
| 06/09/23 | Online Banking Transfer Conf# leyfrnr8u; Yi | -6,000.00 |
| 06/15/23 | WIRE TYPE:INTL OUT DATE:230615 TIME:0745 ET TRN:2023061500252600 SERVICE REF:076254 BNF:ZHENGZHOU WENMING MACHINER ID:705093122 BNF BK:CITIBANK N.A. ID:CITIHKHX PMT DET:442680220  AUTOMATIC TOFU MAKING MACHINE POP GOODS | -1,580.00 |
| 06/15/23 | Online Banking Transfer Conf# piiayzxsh; Park | -3,000.00 |
| 06/15/23 | Online Banking Transfer Conf# ktdviw4k4; Park | -9,500.00 |
| 06/15/23 | Online Banking Transfer Conf# qbp99ah7x; Yi | -9,500.00 |
| 06/16/23 | Online Banking Transfer Conf# o0tfx7ukm; Park | -5,000.00 |
| 06/20/23 | Online Banking Transfer Conf# plqjmub9f; Yi | -1,500.00 |
| 06/20/23 | Online Banking Transfer Conf# jhanydtdw; Park | -1,000.00 |
| 06/26/23 | Online Banking Transfer Conf# mxfgmvxc4; Park | -1,000.00 |
| 06/27/23 | Online Banking Transfer Conf# orfvao2dy; Park | -2,000.00 |
| 06/27/23 | Online Banking Transfer Conf# qeqrpsmge; EUM | -750.00 |
| 06/27/23 | Online Banking Transfer Conf# pfuwd1he9; Park | -10,000.00 |

*continued on the next page*

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B  |  4878896

333

BANK OF AMERICA - 000068

SOOM KIMCHI   |   Account # ▮▮▮▮ 6395   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/29/23 | TRANSFER SOOM KIMCHI:Par Engineering Inc Confirmation# 0303674214 | -6,125.00 |
| 06/30/23 | TRANSFER SOOM KIMCHI:Par Engineering Inc Confirmation# 1712766209 | -6,240.00 |
| 06/30/23 | Online Banking Transfer Conf# p60woyd1c; Park | -8,000.00 |

Card account # XXXX XXXX XXXX 1329

| Date | Description | Amount |
|---|---|---|
| 06/14/23 | BKOFAMERICA ATM 06/13 #000001292 WITHDRWL HORIZON RIDGE      HENDERSON      NV | -1,000.00 |
| 06/15/23 | CHECKCARD  0614 BUFFET PREPAID 702-770-2521 NV 24692163165109150864154 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -203.71 |
| 06/15/23 | CHECKCARD  0614 ICHIZA HANARE LAS VEGAS    NV 24421143165900014661475 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -147.94 |
| **Subtotal for card account # XXXX XXXX XXXX 1329** | | **-$1,351.65** |
| **Total withdrawals and other debits** | | **-$104,899.65** |

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

◯  $250+ in new net purchases on a linked Business debit card

◯  $5,000+ combined average monthly balance in linked business accounts

◯  Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| 06/15/23 | Wire Transfer Fee | -45.00 |
| 06/30/23 | External transfer fee - Next Day - 06/29/2023 | -5.00 |
| **Total service fees** | | **-$66.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 7,906.87 | 06/09 | 63,906.87 | 06/22 | 56,430.22 |
| 06/02 | 1,906.87 | 06/14 | 62,906.87 | 06/26 | 80,430.22 |
| 06/06 | 21,906.87 | 06/15 | 38,930.22 | 06/27 | 67,680.22 |
| 06/07 | 11,906.87 | 06/16 | 33,930.22 | 06/29 | 61,555.22 |
| 06/08 | 69,906.87 | 06/20 | 31,430.22 | 06/30 | 47,310.22 |

334

BANK OF AMERICA - 000069



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
1297 AUTUMN WIND WAY
HENDERSON, NV  89052-3057

## Business Advantage

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔  Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for May 1, 2023 to May 31, 2023                                              Account number: ▓▓▓▓ 6395

**SOOM KIMCHI**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on May 1, 2023 | $34.53 | # of deposits/credits: 4 |
| Deposits and other credits | 48,000.12 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -33,742.78 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -16.00 | Average ledger balance: $2,768.34 |
| **Ending balance on May 31, 2023** | **$14,275.87** | [1]*Includes checks paid, deposited items and other debits* |

**REMEMBER**

You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Yasmin Aguilar
702.930.3928
ky.aguilar@bofa.com

SSM-08-22-0105.B  |  4878868

335

BANK OF AMERICA - 000070

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

336

BANK OF AMERICA - 000071

**BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI   |   Account # ████████ 6395   |   May 1, 2023 to May 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/08/23 | Online Banking Transfer Conf# rxo286i2u; PARK, DUKE | 3,000.00 |
| 05/09/23 | Yardi Penny Test DES:ACCTVERIFY ID:MWX41D  INDN:SOOM KIMCHI         CO ID:9000652497 PPD | 0.12 |
| 05/24/23 | Online Banking Transfer Conf# p7qkjpxfe; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 20,000.00 |
| 05/31/23 | Online Banking Transfer Conf# r6a3bj6p0; ALS PROPERTY HOLDINGS, LLC, ALS PROPERTY | 25,000.00 |
| **Total deposits and other credits** | | **$48,000.12** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/22/23 | Online Banking Transfer Conf# dn4q56bre; Park | -2,800.00 |
| 05/24/23 | Online Banking Transfer Conf# knqpgg3d0; Park | -10,000.00 |
| 05/24/23 | Online Banking Transfer Conf# nc0cjhfmb; EUM | -4,000.00 |
| 05/26/23 | Online Banking Transfer Conf# oh79psex6; Park | -2,000.00 |
| 05/30/23 | Online Banking Transfer Conf# ox5m694u0; Park | -2,000.00 |
| 05/30/23 | Online Banking Transfer Conf# lmi86yw63; EUM | -1,000.00 |
| 05/30/23 | Online Banking Transfer Conf# pc6b9bbr5; Park | -800.00 |
| 05/31/23 | Online Banking Transfer Conf# kyo5w9i6k; Park | -10,000.00 |
| 05/31/23 | Online Banking Transfer Conf# mskwamd17; Park | -1,000.00 |

Card account # XXXX XXXX XXXX 1329

| Date | Description | Amount |
|---|---|---|
| 05/23/23 | CHECKCARD  0522 GLF*ANGELPARKGOLFCLUB LAS VEGAS    NV 24445003142300574292579 CKCD 7992 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -67.00 |
| 05/23/23 | CHECKCARD  0522 PANDA EXPRESS 568 HENDERSON    NV 24431063143838001616851 CKCD 5814 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -12.46 |
| 05/25/23 | CHECKCARD  0524 CHEVRON 0205625 HENDERSON    NV 24692163144102644488728 CKCD 5542 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -63.32 |
| **Subtotal for card account # XXXX XXXX XXXX 1329** | | **-$142.78** |
| **Total withdrawals and other debits** | | **-$33,742.78** |

---

## Set up alerts[1] for important account activity

**Choose alerts that matter to you and be notified right away, even when you're not logged in.**

- Balances
- Payment due dates
- Deposits and transfers
- And more!

Set up alerts at **bankofamerica.com/onlinebanking**.
You can scan this code with your smart device to go there directly.



When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1]You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-12-22-0016.B  I  5247368

337

BANK OF AMERICA - 000072

## Service fees

Based on the activity on your business accounts for the statement period ending 04/28/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○ $250+ in new net purchases on a linked Business debit card

○ $5,000+ combined average monthly balance in linked business accounts

○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 05/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 18.53 | 05/23 | 139.19 | 05/26 | 4,075.87 |
| 05/08 | 3,018.53 | 05/24 | 6,139.19 | 05/30 | 275.87 |
| 05/09 | 3,018.65 | 05/25 | 6,075.87 | 05/31 | 14,275.87 |
| 05/22 | 218.65 | | | | |

338

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

339

BANK OF AMERICA - 000074

BANK OF AMERICA - 000075

This page intentionally left blank

340


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
1297 AUTUMN WIND WAY
HENDERSON, NV  89052-3057

## Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for April 1, 2023 to April 30, 2023                    Account number: ▨▨▨▨ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2023 | $538.15 | # of deposits/credits: | 1 |
| Deposits and other credits | 76.38 | # of withdrawals/debits: | 2 |
| Withdrawals and other debits | -580.00 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 30 |
| Service fees | -0.00 | Average ledger balance: | $120.10 |
| **Ending balance on April 30, 2023** | **$34.53** | | |

[1]*Includes checks paid, deposited items and other debits*

---

| REMEMBER | BUSINESS ADVANTAGE |
|---|---|
| You've got a banking partner ready to help. | **Contact me today.** |
| As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities. | Yasmin Aguilar 702.930.3928 ky.aguilar@bofa.com |
| | SSM-08-22-0105.B  |  4878868 |

341

BANK OF AMERICA - 000076

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

342

 **Your checking account**

SOOM KIMCHI  |  Account # ███████ 6395  |  April 1, 2023 to April 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/03/23 | CHECKCARD  0331 ENTERPRISE RENT-A-CAR HENDERSON    NV 7416407309001836825 | 76.38 |
| **Total deposits and other credits** | | **$76.38** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/05/23 | Online Banking Transfer Conf# q67df7ud8; Park | -500.00 |
| 04/10/23 | Online Banking Transfer Conf# mnqdl9s11; Park | -80.00 |
| **Total withdrawals and other debits** | | **-$580.00** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 538.15 | 04/05 | 114.53 | 04/10 | 34.53 |
| 04/03 | 614.53 | | | | |

 # Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.

- **We will never** contact you via phone or text to ask for a security code.

- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                SSM-08-22-0187.B  |  4956677

343

BANK OF AMERICA - 000078

Page 4 of 4

This page intentionally left blank

344

BANK OF AMERICA - 000079



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

# Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
1297 AUTUMN WIND WAY
HENDERSON, NV  89052-3057

# Your Business Advantage Fundamentals™ Banking

for March 1, 2023 to March 31, 2023                    Account number: ▮▮▮▮ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2023 | $25,245.02 | # of deposits/credits: | 6 |
| Deposits and other credits | 29,065.01 | # of withdrawals/debits: | 28 |
| Withdrawals and other debits | -53,769.38 | # of items-previous cycle[1]: | 0 |
| Checks | -0.00 | # of days in cycle: | 31 |
| Service fees | -2.50 | Average ledger balance: | $8,446.42 |
| **Ending balance on March 31, 2023** | **$538.15** | [1]*Includes checks paid, deposited items and other debits* | |

**REMEMBER**

You've got a banking
partner ready to help.

As your dedicated Small Business Banker,
I'm here to help with all of your business's
financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Yasmin Aguilar
702.930.3928
ky.aguilar@bofa.com

SSM-08-22-0105.B  |  4878868

345

BANK OF AMERICA - 000080

SOOM KIMCHI  |  Account #▓▓▓▓▓ 6395  |  March 1, 2023 to March 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

346

BANK OF AMERICA - 000081

 **BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI   |   Account # ▮▮▮▮ 6395   |   March 1, 2023 to March 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/08/23 | Online Banking Transfer Conf# bshufhh11; PARK, DUKE | 3,000.00 |
| 03/10/23 | Online Banking Transfer Conf# indb3m4cd; PARK, DUKE | 5,000.00 |
| 03/14/23 | Online Banking Transfer Conf# j9m0xkbyu; PARK, DUKE | 6,500.00 |
| 03/20/23 | Online Banking Transfer Conf# k7e4lqddz; PARK, DUKE | 5,500.00 |
| 03/20/23 | CHECKCARD 0317 SAKS O5 LASVEGAS S 821 LAS VEGAS   NV 7469216307710594181 | 65.01 |
| 03/30/23 | Online Banking Transfer Conf# kdac9k51f; PARK, DUKE | 9,000.00 |
| **Total deposits and other credits** | | **$29,065.01** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/03/23 | Online Banking Transfer Conf# mr3e0qj4c; Park | -4,000.00 |
| 03/03/23 | Online Banking Transfer Conf# papwzv69i; EUM | -6,000.00 |
| 03/08/23 | WELLS FARGO AUTO DES:FEE & PMTS ID:1312092484  INDN:JANE SODAM,,YI        CO  ID:9330291646 WEB | -814.95 |
| 03/13/23 | Online Banking Transfer Conf# f3wb6xdqd; Park | -2,000.00 |
| 03/14/23 | Online Banking Transfer Conf# lzmla8vqz; Park | -2,500.00 |
| 03/15/23 | Online Banking Transfer Conf# r491pep8l; EUM | -1,000.00 |
| 03/16/23 | Online Banking Transfer Conf# mj8ccgumv; Park | -500.00 |
| 03/16/23 | Online Banking Transfer Conf# n2sdkhn6k; Park | -700.00 |
| 03/22/23 | Online Banking Transfer Conf# oer8bni77; Park | -1,000.00 |
| 03/23/23 | Online Banking Transfer Conf# obwj89in4; Park | -1,000.00 |
| 03/23/23 | Online Banking Transfer Conf# ide4v0966; EUM | -1,200.00 |
| 03/27/23 | Online Banking Transfer Conf# m30bywng3; Park | -500.00 |
| 03/27/23 | Online Banking Transfer Conf# qfmjpeeq7; Park | -300.00 |
| 03/30/23 | Online Banking Transfer Conf# n0qec6n4t; Park | -5,000.00 |
| 03/31/23 | Online Banking Transfer Conf# ltwqsvvo8; Park | -3,500.00 |

*continued on the next page*





## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A  I  5197654

347

BANK OF AMERICA - 000082

SOOM KIMCHI   |   Account # ▮▮▮▮▮ 6395   |   **March 1, 2023 to March 31, 2023**

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 1329 | |
| 03/06/23 | CHECKCARD  0303 TOP SUSHI II LAS VEGAS    NV 24755423063170637953775 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -159.28 |
| 03/06/23 | BMW OF LAS VEG  03/06 #000337274 PURCHASE BMW OF LAS VEGAS   LAS VEGAS    NV | -11,000.00 |
| 03/13/23 | Everi       03/12 #000527776 WITHDRWL 12300 LAS VEGAS B  HENDERSON    NV | -305.00 |
| 03/16/23 | SAKS OFF 5TH 8  03/16 #000855294 PURCHASE SAKS OFF 5TH 821   LAS VEGAS    NV | -130.02 |
| 03/20/23 | CHECKCARD  0317 LS AG JEANS 323-3571111  NV 24011343076000044452464 CKCD 5621 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -95.37 |
| 03/20/23 | TRADER JOE'S #  03/18 #000803001 PURCHASE TRADER JOE'S # 28  HENDERSON    NV | -9.34 |
| 03/20/23 | CAPITAL TINT &  03/18 #000520219 PURCHASE CAPITAL TINT & CU  HENDERSON    NV | -297.19 |
| 03/21/23 | CHECKCARD  0320 CHANEL #23 LAS VEGAS    NV 24941353080305000821653 CKCD 5621 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -10,404.00 |
| 03/22/23 | CHECKCARD  0321 ENTERPRISE RENT-A-CAR HENDERSON    NV 24164073080018351638196 CKCD 3405 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -130.00 |
| 03/23/23 | ORANGE PREMIER  03/23 #000352870 PURCHASE ORANGE PREMIER D   ORANGE      CA | -950.00 |
| 03/27/23 | BKOFAMERICA ATM 03/25 #000008816 WITHDRWL AIRPORT CENTER     LAS VEGAS    NV | -200.00 |
| 03/28/23 | CHECKCARD  0327 ENTERPRISE RENT-A-CAR HENDERSON    NV 24164073086018361240672 CKCD 3405 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -74.23 |
| **Subtotal for card account # XXXX XXXX XXXX 1329** | | **-$23,754.43** |
| **Total withdrawals and other debits** | | **-$53,769.38** |

# Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/28/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/13/23 | Everi       03/12 #000527776 WITHDRWL 12300 LAS VEGAS B HENDERSON    NV  FEE CKCD     XXXXXXXXXXXX1329 | -2.50 |
| **Total service fees** | | **-$2.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 03/01 | 25,245.02 | 03/14 | 12,963.29 | 03/23 | 1,112.38 |
| 03/03 | 15,245.02 | 03/15 | 11,963.29 | 03/27 | 112.38 |
| 03/06 | 4,085.74 | 03/16 | 10,633.27 | 03/28 | 38.15 |
| 03/08 | 6,270.79 | 03/20 | 15,796.38 | 03/30 | 4,038.15 |
| 03/10 | 11,270.79 | 03/21 | 5,392.38 | 03/31 | 538.15 |
| 03/13 | 8,963.29 | 03/22 | 4,262.38 | | |

348

BANK OF AMERICA - 000083


## BANK OF AMERICA

**P.O. Box 15284**
Wilmington, DE 19850

# Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SOOM KIMCHI
1297 AUTUMN WIND WAY
HENDERSON, NV  89052-3057

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for February 1, 2023 to February 28, 2023                    Account number: ▓▓▓▓▓ 6395

**SOOM KIMCHI**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on February 1, 2023 | $82,423.10 | # of deposits/credits: 2 | |
| Deposits and other credits | 0.15 | # of withdrawals/debits: 37 | |
| Withdrawals and other debits | -57,175.73 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 28 | |
| Service fees | -2.50 | Average ledger balance: $59,109.85 | |
| **Ending balance on February 28, 2023** | **$25,245.02** | [1]*Includes checks paid, deposited items and other debits* | |

## Your business may have a credit score. Find out today.

It's important to have access to tools that help you understand your business credit.
That's why we've partnered with Dun & Bradstreet to provide free access to a business credit score.[1]

To learn more, visit **bankofamerica.com/BusinessCreditScore**.

[1]Access to Dun & Bradstreet business credit score information in Business Advantage 360 is for educational purposes only and available only to U.S.-based Bank of America Small Business clients with an open and active Small Business account, who have a Dun & Bradstreet business credit score and have properly enrolled to access it in Business Advantage 360. Dun & Bradstreet's business credit score (also known as "The D&B® Delinquency Predictor Score") is based on data from Dun & Bradstreet and may be different from other business credit scores.                    SSM-01-22-2415.B I 4016343

349

BANK OF AMERICA - 000084

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

350

 **BANK OF AMERICA**

**Your checking account**

SOOM KIMCHI  |  Account # ████ 6395  |  February 1, 2023 to February 28, 2023

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---|
| 02/08/23 | WELLS FARGO IFI  DES:ACCTVERIFY ID:TD0HN9ZFT8  INDN:JANE SODAM YI ID:INTFIDTVOS PPD | CO | 0.12 |
| 02/08/23 | WELLS FARGO IFI  DES:ACCTVERIFY ID:TD0HN9ZFSB  INDN:JANE SODAM YI ID:INTFIDTVOS PPD | CO | 0.03 |
| **Total deposits and other credits** | | | **$0.15** |

## Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---|
| 02/06/23 | Online Banking Transfer Conf# lcvil4h5d; EUM | | -1,000.00 |
| 02/06/23 | Online Banking Transfer Conf# kdvrobqyn; Park | | -2,000.00 |
| 02/06/23 | Online Banking Transfer Conf# k3j3lqw54; Park | | -1,000.00 |
| 02/08/23 | Online Banking Transfer Conf# j4lbx65dy; Park | | -1,000.00 |
| 02/08/23 | WELLS FARGO IFI  DES:ACCTVERIFY ID:TD0HN9ZFSB  INDN:JANE SODAM YI ID:INTFIDTVOS WEB | CO | -0.15 |
| 02/09/23 | WELLS FARGO AUTO DES:FEE & PMTS ID:1312092484  INDN:JANE SODAM,,YI ID:9330291646 WEB | CO | -814.95 |
| 02/13/23 | Online Banking Transfer Conf# mb9grcgi6; Park | | -12,000.00 |
| 02/13/23 | Online Banking Transfer Conf# nvvxlv6rq; Park | | -3,000.00 |
| 02/21/23 | Online Banking Transfer Conf# rzwac6or8; Park | | -1,500.00 |
| 02/21/23 | Online Banking Transfer Conf# rfyibqiet; Park | | -5,000.00 |
| 02/24/23 | Online Banking Transfer Conf# qwle7oin1; Park | | -2,000.00 |
| 02/24/23 | Online Banking Transfer Conf# mjuywb1lh; Park | | -1,500.00 |
| 02/24/23 | Online Banking Transfer Conf# kr38djy7r; Park | | -5,000.00 |
| 02/27/23 | Online Banking Transfer Conf# k9e9j66hb; EUM | | -10,000.00 |

**Card account # XXXX XXXX XXXX 1329**

| Date | Description | | Amount |
|---|---|---|---|
| 02/03/23 | Las Vegas Golf  02/03 #000792952 PURCHASE Las Vegas Golf Su  Las Vegas      NV | | -531.04 |
| 02/06/23 | CHECKCARD  0203 LAS VEGAS GOLF SUPERSTO 702-8929999  NV 24003413034900016556717 CKCD 5941 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | | -195.06 |
| 02/06/23 | CHECKCARD  0204 ATT* BILL PAYMENT 800-331-0500 TX 24055233036812413426187 CKCD 4814 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | | -1,103.97 |
| 02/06/23 | PGA TOUR SUPER  02/04 #000038582 PURCHASE PGA TOUR SUPERSTO  LAS VEGAS      NV | | -866.99 |

*continued on the next page*



**BANK OF AMERICA BUSINESS ADVANTAGE**

## Security you can see

Our security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in Business Advantage 360 to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-22-0009.B I 4762393

BANK OF AMERICA - 000086

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 02/07/23 | CHECKCARD  0205 CASABLANCA CAFE MESQUITE      NV 24943003037970325246887 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -45.48 |
| 02/08/23 | BED BATH & BEY  02/08 #000440147 PURCHASE BED BATH & BEYOND  HENDERSON      NV | -693.58 |
| 02/09/23 | CHECKCARD  0208 ECCO FASHION SHOW LAS VEGAS     NV 24765013040091001436111 CKCD 5661 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -270.94 |
| 02/09/23 | MOUNTAIN FALLS  02/09 #000336628 PURCHASE MOUNTAIN FALLS GO  PAHRUMP       NV | -50.00 |
| 02/09/23 | P499979        02/09 #000291866 WITHDRWL 5001 CLUB HOUSE D  PAHRUMP       NV | -202.50 |
| 02/14/23 | HANNAM CHAIN L  02/13 #000430544 PURCHASE HANNAM CHAIN LOS   LOS ANGELES   CA | -233.53 |
| 02/15/23 | CHECKCARD  0214 CITY OF REDONDO BEACH REDONDO BEACHCA 24431053045091026311666 CKCD 7523 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -1.50 |
| 02/17/23 | CHANEL CRYSTAL  02/17 #000187764 PURCHASE CHANEL CRYSTALS    LAS VEGAS      NV | -5,743.88 |
| 02/21/23 | VICTORIA'S SEC  02/20 #000898940 PURCHASE VICTORIA'S SECRET  LAS VEGAS      NV | -201.47 |
| 02/21/23 | CHECKCARD  0220 American Eagle Outfitte Las Vegas     NV 24793383051378330489765 CKCD 5691 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -12.98 |
| 02/21/23 | CHECKCARD  0220 American Eagle Outfitte Las Vegas     NV 24793383051378395459760 CKCD 5691 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -170.52 |
| 02/21/23 | WAL-MART #2593  02/20 #000819233 PURCHASE WAL-MART #2593     LAS VEGAS      NV | -17.32 |
| 02/21/23 | Wal-Mart Super  02/20 #000403307 PURCHASE Wal-Mart Super Ce  LAS VEGAS      NV | -148.87 |
| 02/22/23 | CHECKCARD  0220 YUXIANG KOREAN CHINESE LAS VEGAS     NV 24551933052030029735361 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -52.00 |
| 02/23/23 | CHECKCARD  0222 CHEESECAKE HENDERSON HENDERSON     NV 24943003054400732000162 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -100.00 |
| 02/27/23 | CHECKCARD  0223 YUXIANG KOREAN CHINESE LAS VEGAS     NV 24551933055030032356921 CKCD 5812 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -235.00 |
| 02/27/23 | CHECKCARD  0224 REVERE GOLF CLUB HENDERSON    NV 24755423056640563836748 CKCD 7992 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -321.00 |
| 02/27/23 | CHECKCARD  0224 REVERE GOLF CLUB HENDERSON    NV 24755423056640563836755 CKCD 7992 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -163.00 |
| **Subtotal for card account # XXXX XXXX XXXX 1329** | | **-$11,360.63** |
| **Total withdrawals and other debits** | | **-$57,175.73** |

# Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 01/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $250+ in new net purchases on a linked Business debit card has been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

◯ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 02/09/23 | P499979        02/09 #000291866 WITHDRWL 5001 CLUB HOUSE D PAHRUMP     NV  FEE CKCD     XXXXXXXXXXXX1329 | -2.50 |
| **Total service fees** | | **-$2.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

352



**Your checking account**

SOOM KIMCHI   |   Account # ████ 6395   |   February 1, 2023 to February 28, 2023

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 02/01 | 82,423.10 | 02/09 | 72,646.09 | 02/21 | 44,616.02 |
| 02/03 | 81,892.06 | 02/13 | 57,646.09 | 02/22 | 44,564.02 |
| 02/06 | 75,726.04 | 02/14 | 57,412.56 | 02/23 | 44,464.02 |
| 02/07 | 75,680.56 | 02/15 | 57,411.06 | 02/24 | 35,964.02 |
| 02/08 | 73,986.98 | 02/17 | 51,667.18 | 02/27 | 25,245.02 |

353

This page intentionally left blank

354

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Here is what you need to know about changes related to ATM and Debit Card fees.**

- On September 19, 2022, we stopped charging a $5 Replacement ATM/Debit Card Fee if your card needs to be replaced.

- Starting May 23, 2023, we will stop charging an International Transaction Fee when an international purchase is processed in U.S. dollars.

  International purchases processed in a foreign currency will continue to be charged an International Transaction Fee equal to 3% of the U.S. dollar amount of the transaction.

355

This page intentionally left blank

356

BANK OF AMERICA - 000091


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SOOM KIMCHI
1297 AUTUMN WIND WAY
HENDERSON, NV  89052-3057

## Business Advantage

**Customer service information**

☐  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for January 1, 2023 to January 31, 2023                    Account number: ████ 874 6395
**SOOM KIMCHI**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2023 | $100.00 | # of deposits/credits: 1 |
| Deposits and other credits | 85,000.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -2,676.90 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $35,117.97 |
| **Ending balance on January 31, 2023** | **$82,423.10** | [1]*Includes checks paid, deposited items and other debits* |

Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily—online or from our mobile app—24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

357

BANK OF AMERICA - 000092

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

358

BANK OF AMERICA - 000093



**Your checking account**

SOOM KIMCHI  |  Account # ███████ 6395  |  January 1, 2023 to January 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/19/23 | NV TLR transfer | 85,000.00 |
| **Total deposits and other credits** | | **$85,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 1329 | | |
| 01/20/23 | CHECKCARD  0119 BIGS FURNITURE LAS VEGAS    NV 24493983020207828300051 CKCD 5712 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -1,408.90 |
| 01/30/23 | CHECKCARD  0127 R.C. WILLEY HENDERSON    NV 24377353028000003735624 CKCD 5712 XXXXXXXXXXXX1329 XXXX XXXX XXXX 1329 | -1,268.00 |
| **Subtotal for card account # XXXX XXXX XXXX 1329** | | **-$2,676.90** |
| **Total withdrawals and other debits** | | **-$2,676.90** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 100.00 | 01/20 | 83,691.10 | 01/30 | 82,423.10 |
| 01/19 | 85,100.00 | | | | |



Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

359

SSM-10-22-0070.C  |  4968844

This page intentionally left blank

360

BANK OF AMERICA - 000095