NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

DUKE PARK ,

Debtor(s)

BK−25−12285−abl
CHAPTER 7

Adversary Proceeding: 25−01162−abl

LEE SOO AHN, et al,

Plaintiff(s)

NOTICE OF DOCKETING
ERROR

vs

DUKE PARK, et al,

Defendant(s)

**NOTICE IS ORDERED** that the following docket entry requires correction:

Docket Number/Entry:

*26* – Motion for Summary Judgment on All Claims Against Duke Park with Certificate of Service Filed by AKKE LEVIN on behalf of LEE SOO AHN, ALS PROPERTY HOLDINGS, LLC, EBH MANAGEMENT CO., LLC, BOK HYUN EYM, SEA FOX MANAGEMENT, LLC (LEVIN, AKKE)

*27* – Notice of Hearing Hearing Date: 08/11/2026 Hearing Time: 1:30 pm with Certificate of Service Filed by AKKE LEVIN on behalf of LEE SOO AHN, ALS PROPERTY HOLDINGS, LLC, EBH MANAGEMENT CO., LLC, BOK HYUN EYM, SEA FOX MANAGEMENT, LLC (Related document(s)26 Motion for Summary Judgment filed by Plaintiff LEE SOO AHN, Plaintiff BOK HYUN EYM, Plaintiff ALS PROPERTY HOLDINGS, LLC, Plaintiff EBH MANAGEMENT CO., LLC, Plaintiff SEA FOX MANAGEMENT, LLC.)(LEVIN, AKKE)

*29* – Declaration Of: Akke Levin in Support of Plaintiffs' Statement of Undisputed Facts and Motion for Summary Judgment on All Claims Against Duke Park with Certificate of Service Filed by AKKE LEVIN on behalf of LEE SOO AHN, ALS PROPERTY HOLDINGS, LLC, EBH MANAGEMENT CO., LLC, BOK HYUN EYM, SEA FOX MANAGEMENT, LLC (Related document(s)26 Motion for Summary Judgment filed by Plaintiff LEE SOO AHN, Plaintiff BOK HYUN EYM, Plaintiff ALS PROPERTY HOLDINGS, LLC, Plaintiff EBH MANAGEMENT CO., LLC, Plaintiff SEA FOX MANAGEMENT, LLC.) (LEVIN, AKKE)

Filed On:                6/24/26
With A Hearing Date Of:  8/11/26
And A Hearing Time Of:   1:30 pm

The reason(s) for the required correction(s) is as follows:

\*    PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:

    \*    The case caption must include all Adversarial Parties exactly as they appear on the docket sheet including terminated parties.

Dated: 6/25/26

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**