KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:        hendricksk@gtlaw.com
                   akke.levin@gtlaw.com

*Counsel for Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| In re:<br><br>**DUKE PARK**,<br><br>Debtor. | CASE NO. 25-12285-abl<br>CHAPTER 7 |
| Lee Soo Ahn, Bok Hyun Eym, ALS Property Holdings, LLC; EBH Management Co., LLC, Sea Fox Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Park,<br><br>Defendant. | Adversary No. 25-01162-abl<br><br><br><br>HEARING DATE:  AUGUST 31, 2026<br>HEARING TIME:   1:30 P.M. |

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST DUKE PARK

Plaintiffs Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC ("Plaintiffs") hereby file their Reply in support of their motion for summary judgment on all claims against Duke Park (ECF No. 26). Plaintiffs' Reply is based on the papers and pleadings on file, the following Points and Authorities, and such argument the Court may allow.

1

## I.    INTRODUCTION

Defendant Duke Park's Opposition does not dispute the material facts or the evidence that support Plaintiffs' Motion for Summary Judgment.  The Opposition does not address or take issue with the legal arguments made in the Motion.  Park does not ask for more time to conduct discovery.  Park's Opposition merely states—repeatedly—what the procedural history and status of the case is.  ECF No. 45 at 1–14.  This is plainly insufficient to withstand Plaintiffs' well-supported Motion for Summary Judgment under Fed. R. Civ. P. 56.

For the reasons stated in the Motion for Summary Judgment and for those stated below, the Court should enter summary judgment in Plaintiffs' favor and against debtor Duke Park on all Plaintiffs' claims and order that Park's debts to Plaintiffs are not subject to a discharge under 11 U.S.C. § 727 because of Park's embezzlement, larceny, and willful and malicious injury to Plaintiffs' property.

## II.    ARGUMENT

### A.    Park Failed in His Burden to Withstand Summary Judgment Against Him

"In adversary proceedings before the bankruptcy court, the familiar summary judgment standard established in Federal Rule of Civil Procedure 56 applies."  *In re Barboza*, 545 F.3d 702, 707 (9th Cir. 2008) (citing Fed. R. Bankr.P. 7056 and *North Slope Borough v. Rogstad* (*In re Rogstad*), 126 F.3d 1224, 1227 (9th Cir. 1997)).

Although the party moving for summary judgment bears the burden to show that there is no genuine issue of material fact, if the motion is properly supported, "the burden shifts to the opposing party to set forth specific facts showing that there is a genuine issue for trial."  *In re Barboza*, 545 F.3d at 707 (citing *Henderson v. City of Simi Valley*, 305 F.3d 1052, 1055-56 (9th Cir. 2002)).  Nonmoving parties "may not rely on denials in the pleadings but must produce specific evidence, through affidavits or admissible discovery material, to show that the dispute exists."  *Bhan v. NME Hosps., Inc.*, 929 F.2d 1404, 1409 (9th Cir.1991).

Here, Plaintiffs met their initial burden under Fed. R. Civ. P. 56.  Plaintiffs' Motion for Summary Judgment was supported by a detailed statement of undisputed facts, a declaration of counsel, and 25 exhibits, which included hearing testimony, discovery responses, bank records,

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

an expert opinion, among other evidence.  ECF Nos. 26, 28–30; 35–37.  Plaintiffs' Motion for Summary Judgment was further supported by legal authorities showing why, on these undisputed facts, Plaintiffs were entitled to summary judgment as a matter of law.  ECF No. 26 at 3–11.

Park did not produce any evidence to counter the material undisputed facts.  He offers only his declaration, which does not deny a single fact or piece of evidence.  His declaration merely identifies and attaches the Court's scheduling order and the Court's order on Park's motion to dismiss.  ECF No. 45 at 6 ¶¶ 2–5 (citing to ECF Nos. 20 and 22).  As Park admits, the Court dismissed only parts of Plaintiffs' claims, and his Opposition does not address any of the surviving claims discussed in Plaintiffs' Motion for Summary Judgment.  *Id.* ¶ 3; *id.* at 1–5.  Park also did not address or dispute the case law cited or legal arguments made in Plaintiffs' Motion for Summary Judgment.

Park had every opportunity to defend against Plaintiffs' complaint.  But he did not even file an answer, despite being reminded and asked by Plaintiffs' counsel to file one.  ECF No. 42 at 3, 9.  This failure alone constitutes an admission of the factual allegations of Plaintiffs' complaint.  Fed. R. Civ. P. 8(b)(6).  But even assuming Park had filed an answer and denied the allegations, mere denials are not enough to survive summary judgment.

## III.    CONCLUSION

For these reasons and the reasons stated in Plaintiffs' Motion for Summary Judgment, the Court should enter summary judgment in favor of Plaintiffs and against Park and order that Park's debt to Plaintiffs is nondischargeable under 11 U.S.C. § 523(a)(4) for embezzlement and larceny and under 11 U.S.C. § 523(a)(6) for his willful and malicious injury to Plaintiffs and their property.

DATE:  July 27, 2026

GREENBERG TRAURIG, LLP

By:  /s/ Akke Levin

KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
AKKE LEVIN, ESQ.
Nevada Bar No. 09102
*Counsel for Plaintiffs*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773    Facsimile:  (702) 792-9002

**<u>CERTIFICATE OF SERVICE</u>**

I am a resident of the state of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135.  On **July 27, 2026**, I served the foregoing document via *electronic mail and U.S. Mail:*

DUKE PARK
304 S. Jones Boulevard, #198
Las Vegas, Nevada  89107
dukepark@me.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed **on July 27, 2026**, at Las Vegas, Nevada.


_/s/ Andrea Flintz_
An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773      Facsimile:   (702) 792-9002

4