Honorable August B. Landis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>DUKE PARK,<br><br>Debtor. | Case No.: 25-12285-abl<br><br>Chapter 7<br><br>Adv. Proceeding No. 25-01162-abl |
| LEE SOO AHN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE PARK,<br><br>Defendant. | Hearing Date: October 30, 2026<br>Hearing Time: 1:30 p.m. |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On October 30, 2026, the Court issued its oral ruling after consideration of Plaintiffs' Motion for Summary Judgment on All Claims Against Duke Park.[1] The Motion was filed on behalf of Lee Soo Ahn, Bok Hyun Eym, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC.[2]

At the October 30, 2026, oral ruling, attorney Akke Levin appeared telephonically on

[1] ECF No. 33, hereafter the "Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.

[2] Hereafter, collectively "Plaintiffs."

behalf of Plaintiffs. Defendant Duke Park[3] appeared telephonically in proper person. No other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on October 30, 2026, those findings of fact and conclusions of law are incorporated into this Order by this reference under FED. R. CIV. P. 52(a)(1) and 56(a), as applicable in this adversary proceeding under FED. R. BANKR. P. 7052 and 7056, respectively.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(4) due to Mr. Park's embezzlement.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(4) due to Mr. Park's larceny.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(6) due to Mr. Park's willful and malicious injury to Plaintiffs and Plaintiffs' property.

**IT IS SO ORDERED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

[3] Hereafter "Mr. Park."