Honorable August B. Landis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>DUKE PARK,<br><br>Debtor. | Case No.: 25-12285-abl<br><br>Chapter 7<br><br>Adv. Proceeding No. 25-01162-abl |
| LEE SOO AHN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE PARK,<br><br>Defendant. | Hearing Date: October 30, 2026<br>Hearing Time: 1:30 p.m. |

## JUDGMENT

On November 9, 2026, the Court entered its Order Granting Plaintiffs' Motion for Summary Judgment (the "Summary Judgment Order," ECF No. 56).[1] The Summary Judgment Order granted summary judgment in favor of Plaintiffs Lee Soo Ahn, Bok Hyun Eym, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC[2], and against Defendant Duke Park[3], on each of three claims for relief pled in Plaintiffs' Complaint.[4]

[1] In this Judgment all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption as they appear on the docket maintained by the Clerk of the Court.

[2] Hereafter, collectively "Plaintiffs."

[3] Hereafter "Defendant."

There is no just reason for delay in entering judgment consistent with the Summary Judgment Order. Accordingly:

**JUDGMENT IS ENTERED in favor of Plaintiffs and against Defendant**:

1. **On the Second Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(4) due to Defendant's **embezzlement**; **and**

2. **On the Second Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(4) due to Defendant's **larceny**; **and**

3. **On the Third Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(6) due to Defendant's willful and malicious injury to Plaintiffs and Plaintiffs' property.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

###

[4] ECF No. 1. Plaintiffs' Complaint also alleged claims for relief under 11 U.S.C. § 523(a)(2)(A), and under 11 U.S.C. § 523(a)(4) due to fraud or defalcation by Defendant. Those two claims for relief were previously dismissed by this Court. ECF No. 20. The Summary Judgment Order addressed all of Plaintiffs' remaining claims for relief as pled in the Complaint.