United States Bankruptcy Court
District of Nevada

AHN,
Plaintiff
PARK,
Defendant

Adv. Proc. No. 25-01162-abl

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Nov 09, 2026 Form ID: pdf928 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AKKE LEVIN | on behalf of Plaintiff SEA FOX MANAGEMENT LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff EBH MANAGEMENT CO. LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | |

| | |
|---|---|
| | on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Interested Party BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| KARA B. HENDRICKS | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff SEA FOX MANAGEMENT LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff EBH MANAGEMENT CO. LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |

TOTAL: 11

Honorable August B. Landis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>DUKE PARK,<br><br>Debtor. | Case No.: 25-12285-abl<br><br>Chapter 7<br><br>Adv. Proceeding No. 25-01162-abl |
| LEE SOO AHN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE PARK,<br><br>Defendant. | Hearing Date: October 30, 2026<br>Hearing Time: 1:30 p.m. |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On October 30, 2026, the Court issued its oral ruling after consideration of Plaintiffs' Motion for Summary Judgment on All Claims Against Duke Park.[1] The Motion was filed on behalf of Lee Soo Ahn, Bok Hyun Eym, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC.[2]

At the October 30, 2026, oral ruling, attorney Akke Levin appeared telephonically on

---

[1] ECF No. 33, hereafter the "Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.

[2] Hereafter, collectively "Plaintiffs."

behalf of Plaintiffs. Defendant Duke Park[3] appeared telephonically in proper person. No other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on October 30, 2026, those findings of fact and conclusions of law are incorporated into this Order by this reference under Fed. R. Civ. P. 52(a)(1) and 56(a), as applicable in this adversary proceeding under Fed. R. Bankr. P. 7052 and 7056, respectively.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(4) due to Mr. Park's embezzlement.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(4) due to Mr. Park's larceny.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mr. Park **ARE EXCEPTED FROM DISCHARGE** under 11 U.S.C. § 523(a)(6) due to Mr. Park's willful and malicious injury to Plaintiffs and Plaintiffs' property.

**IT IS SO ORDERED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

---

[3] Hereafter "Mr. Park."