United States Bankruptcy Court
District of Nevada

AHN,
Plaintiff
PARK,
Defendant

Adv. Proc. No. 25-01162-abl

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Nov 09, 2026 Form ID: pdf928 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AKKE LEVIN | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff SEA FOX MANAGEMENT LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff EBH MANAGEMENT CO. LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | |

| | |
|---|---|
| | on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Interested Party BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| KARA B. HENDRICKS | on behalf of Plaintiff EBH MANAGEMENT CO. LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff SEA FOX MANAGEMENT LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |

TOTAL: 11

Honorable August B. Landis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>DUKE PARK,<br><br>Debtor. | Case No.: 25-12285-abl<br><br>Chapter 7<br><br>Adv. Proceeding No. 25-01162-abl |
| LEE SOO AHN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE PARK,<br><br>Defendant. | Hearing Date: October 30, 2026<br>Hearing Time: 1:30 p.m. |

**JUDGMENT**

On November 9, 2026, the Court entered its Order Granting Plaintiffs' Motion for Summary Judgment (the "Summary Judgment Order," ECF No. 56).[1] The Summary Judgment Order granted summary judgment in favor of Plaintiffs Lee Soo Ahn, Bok Hyun Eym, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC[2], and against Defendant Duke Park[3], on each of three claims for relief pled in Plaintiffs' Complaint.[4]

[1] In this Judgment all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption as they appear on the docket maintained by the Clerk of the Court.

[2] Hereafter, collectively "Plaintiffs."

[3] Hereafter "Defendant."

There is no just reason for delay in entering judgment consistent with the Summary Judgment Order. Accordingly:

**JUDGMENT IS ENTERED in favor of Plaintiffs and against Defendant**:

1. **On the Second Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(4) due to Defendant's **embezzlement**; **and**

2. **On the Second Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(4) due to Defendant's **larceny**; **and**

3. **On the Third Cause of Action Pled in the Complaint**, and all of Defendant's debts to Plaintiffs are excepted from Defendant's chapter 7 bankruptcy discharge under 11 U.S.C. § 523(a)(6) due to Defendant's willful and malicious injury to Plaintiffs and Plaintiffs' property.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

[4] ECF No. 1. Plaintiffs' Complaint also alleged claims for relief under 11 U.S.C. § 523(a)(2)(A), and under 11 U.S.C. § 523(a)(4) due to fraud or defalcation by Defendant. Those two claims for relief were previously dismissed by this Court. ECF No. 20. The Summary Judgment Order addressed all of Plaintiffs' remaining claims for relief as pled in the Complaint.